**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>Plaintiff<br>v.<br><br>THOMAS L. MENARD<br>Defendant<br>and<br><br>ADAM SHIPPEE<br>Defendant<br>and<br><br>KYLINA BRAGA,<br>BRANDON SHIPPEE,<br>DYLANA SHIPPEE<br>And DOES 1-5<br>Defendants | : | C.A. No.<br>CA 06 395 T |

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, The Prudential Insurance Company of America ("Prudential") submits the following as its Corporate Disclosure Statement:

1. Prudential, a non-governmental corporation, identifies the following parent company, which is a publicly held corporation, that controls Prudential, directly or through other, or which owns 10% or more of the party's stock: Prudential Financial, Inc.
2. As of December 18, 2001, Prudential became an indirect, wholly owned subsidiary of Prudential Financial, Inc., a publicly traded corporation.
3. Prudential identifies the following publicly held corporations with which a merger agreement with the party exists: None.
4. Prudential Financial, Inc., is the parent company of Prudential.
5. Prudential's stock is owned by Prudential Holdings, LLC, a direct, wholly owned

company owned by Prudential Financial, Inc.

Prudential Insurance Company of America,

By: ______________________________

Patrick B. Landers, BBO #: 4930
Counsel for Plaintiff,
Wilson, Elser, Moskowitz, Edelman &
Dicker LLP
155 Federal Street, 5th floor
Boston, MA 02110
617-422-5300

September 1, 2006