AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Prudential Ins. Co. of America
V.
Thomas Menard et al

SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-395 T

TO: (Name and address of Defendant)

Adam Shippee
800 Washington St
Coventry, RI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick Landers, Esq
Wilson Elser
155 Federal St
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

9-1-06
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9-16-06 |
| NAME OF SERVER *(PRINT)* FREDERICK J. McCARTHY | TITLE Federal Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ________

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Live In Girl Friend

☐ Returned unexecuted: ________

☐ Other (specify): ________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 5 | 45 | 50 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-16-06
Date

Frederick J McCarthy
Signature of Server

28 Hillside Dr Warwick, R.I.
Address of Server

Rec By [signature]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.