AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Prudential Ins Co. of America

V.

Thomas Menard et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-395T

TO: (Name and address of Defendant)

Kylie Braga c/o Michael Braga
37 Forest Avenue
Cumberland, RI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick Landers Esq
Wilson Elser
155 Federal St
Boston, MA

an answer to the complaint which is herewith served upon you, within __ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

9-1-06

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 9-16-06 |
| NAME OF SERVER *(PRINT)* FREDERICK J. McCARTHY | TITLE Federal Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Eva M. Levasseur.

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 5 | 45 | 50 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-16-06
Date

Frederick J. McCarthy
Signature of Server

28 Hillside Dr Warwick, R.I.
Address of Server

Rec By Eva M. Levasseur

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.