**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, Plaintiff | : | |
| v. | : | |
| THOMAS L. MENARD, Defendant | : | C.A. No. 06-395 |
| and | : | |
| ADAM SHIPPEE, Defendant | : | |
| and | : | |
| KYLINA BRAGA, BRANDON SHIPPEE, DYLANA SHIPPEE And DOES 1-5, Defendants | : | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Kara Thorvaldsen of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP as counsel for Plaintiff/Counterclaim Defendant, The Prudential Insurance Company of America, in the above-captioned matter.

Respectfully submitted,

Plaintiff/Counterclaim Defendant,

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

By its attorneys,

/s/ Kara Thorvaldsen
Patrick B. Landers, #4930
Kara Thorvaldsen, #7241
Wilson, Elser, Moskowitz, Edelman
& Dicker, LLP
155 Federal Street, 5th Floor
Boston, MA 02110
(617) 422-5300

Dated: February 6, 2007

**Certificate of Service**

I, Kara Thorvaldsen, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on February 6, 2007.

/s/ Kara Thorvaldsen