**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>Plaintiff<br>v.<br><br>THOMAS L. MENARD<br>Defendant<br>and<br><br>ADAM SHIPPEE<br>Defendant<br>and<br><br>KYLINA BRAGA,<br>BRANDON SHIPPEE,<br>DYLANA SHIPPEE<br>And DOES 1-5<br>Defendants | : | C.A. No. 06-395T |

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Counterclaim Defendant, The Prudential Insurance Company of America ("Prudential"), hereby moves that William T. Bogaert be admitted *pro hac vice* as associate trial counsel with local associate counsel identified below. Prudential submits that the law firm of counsel seeking admission *pro hac vice* has taken over the national representation of Prudential.

Attached is a certificate for *pro hac vice* admission for attorney Bogaert.

Respectfully submitted,

Plaintiff/Counterclaim Defendant

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

By its attorneys,

/s/ Kara Thorvaldsen

Patrick B. Landers, #4930
Kara Thorvaldsen, #7241
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
155 Federal Street, 5th Floor
Boston, MA 02110
(617) 422-5300

Dated: February 6, 2007

**Certificate of Service**

I, Kara Thorvaldsen, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on February 6, 2007.

/s/ Kara Thorvaldsen