UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Plaintiff | : | C.A. No.: 06-395T |
| v. | : | |
| THOMAS MENARD, Defendant | : | |
| and | : | |
| ADAM SHIPPEE, Defendant | : | |
| and | : | |
| KYLINA BRAGA, BRANDON SHIPPEE, DYLANA SHIPPEE And DOES 1-5, Defendants | : | |

**ENTRY OF APPEARANCE**

Now comes Fred T. Polacek, Esquire and enters his appearance as Co-Counsel for Defendant/Counter Claimant, Thomas Menard.

Respectfully submitted,
Defendant/Counter Claimant,
Thomas L. Menard
By his Attorney,

/s/ Fred T. Polacek, Esq.

Fred T. Polacek, Esq. (#2710)
55 Dorrance Street, Suite 200
Providence, RI 02903
(401) 861-5662
Fax: (401) 861-4792
E-mail: fred@fredpolaceklaw.com

/s/ Richard C. Bicki
Richard C. Bicki (#1772)
RICHARD C. BICKI, P.C.
56 Pine Street, Suite 200
Providence, RI 02903
(401) 228-8338
Fax: (401) 274-2780
E-mail: rbickiesq@al.com

CERTIFICATION

I hereby certify that on the 4th day of April, 2007, I caused a copy of the attached Entry of Appearance to be filed electronically and it is available fro viewing and downloading from the ECF system.

**Electronic Notification:**

**Patrick B. Landers,** Esq., Wilson Elser, 155 Federal Street, Boston, MA 02110, E-mail: Patrick.landers@wilsonelser.com;

**Jean Alfred Boulanger,** Esq., Capaldi & Boulanger, 1035 Main Street, Coventry, RI 01816, E-mail: jab@cblaw.nexcoxmail.com

**William T. Bogaert,** Esq., Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 155 Federal Street, Boston, MA 02110, E-mail: William.Bogaert@WilsonElser.com

/s/ Fred T. Polacek, Esq.
Fred T. Polacek, Esq. (#2710)
55 Dorrance Street, Suite 200
Providence, RI 02903
(401) 861-5662
Fax: (401) 861-4792
E-mail: fred@fredpolaceklaw.com