UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) | |
| Plaintiff, | ) | C.A. No. 06-cv-00395-T-DLM |
| v. | ) | |
| THOMSA L. MENARD, ET AL., | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

Please take notice that Joseph M. Codega, of the law firm of Fitzhugh, Parker & Alvaro LLP, hereby enters his appearance in this matter on behalf of the Plaintiff, The Prudential Insurance Company of America.

Respectfully submitted,

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**
By its Attorneys,

/s/ Joseph M. Codega___

Joseph M. Codega, R.I. Bar #3612
Michael A. Fitzhugh, BBO # 169700
Edward P. O'Leary, BBO #551932
**FITZHUGH, PARKER & ALVARO LLP**
37 Sockanosset Cross Road
Cranston, RI 02920
Telephone: (401) 941-3220
Facsimile: (401) 941-3055
Dated: April 18, 2007