**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>Plaintiff<br>v.<br><br>THOMAS L. MENARD<br>Defendant<br>and<br><br>ADAM SHIPPEE<br>Defendant<br>and<br><br>KYLINA BRAGA,<br>BRANDON SHIPPEE,<br>DYLANA SHIPPEE<br>And DOES 1-5<br>Defendants | : | C.A. No. 06-00395 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Kindly withdraw the appearances of William T. Bogaert, Esq., Patrick B. Landers, Esq., and Kara Thorvaldsen, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, as counsel on behalf of The Prudential Insurance Company of America. There are no motions pending before the Court and no trial date has been set. Successor counsel, Joseph M. Codega of Fitzhugh, Parker & Alvaro LLP, entered his appearance on behalf of The Prudential Insurance Company of America on April 18, 2007.

Respectfully submitted,
The Prudential Insurance
Company of America,
By its attorneys,

_/s/ Kara Thorvaldsen
William T. Bogaert, admitted *pro hac vice*
Patrick B. Landers, #4930
Kara Thorvaldsen, #7241
Wilson, Elser, Moskowitz, Edelman
& Dicker, LLP
155 Federal Street, 5th Floor
Boston, MA 02110
(617) 422-5300

Dated: April 19, 2007

**Certificate of Service**

I, Kara Thorvaldsen, hereby certify that this document will be served through the ECF system will be sent electronically to the registered participants as identified on the NEF on April 19, 2007 as follows:

Patrick B. Landers
patrick.landers@wilsonelser.com

William T. Bogaert
william.bogaert@wilsonelser.com

Fred T. Polacek
fred@fredpolaceklaw.com

Jean Alfred Boulanger
jab@cblaw.necoxmail.com

Richard C. Bicki
rbickiesq@aol.com

Joseph M. Codega
codegal@cs.com

/s/ Kara Thorvaldsen