UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

The Prudential Insurance Company of America
Plaintiff(s)
v. Dkt. No. 06-cv-00395-T-DLM

Thomas M. Menard______________
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant The Prudential Insurance Company of America hereby moves that Edward P. O'Leary, Esq. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

The Prudential
Insurance Co. of America
(Plaintiff/Defendant)

By: Joseph M. Codega___________
Bar ID No.: 3612_______________
Address: 37 Sockanosset Cross Road, Cranston RI 02920
DATED: __April 30, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts and New Hampshire and of the following Federal District Court and or Court of Appeals Bar(s) District of Massachusetts, District of New Hampshire, The Untied States Court of Appeals for the First Circuit and The United States Supreme Court**,** and my eligibility to practice before those courts has not been restricted in anyway.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys: there are no disciplinary proceedings pending against me at this time: and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name( s) of the judge(s)who presided.)

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of' local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of' other parties in the case.

_/s/ Edward E. O'Leary /s/_______________
Signature of Pro Hac Vice Applicant
Edward P. O'Leary MA #551932
Print Name State Bar ID#
Fitzhugh, Parker & Alvaro LLP
Firm Name
155 Federal St., Ste. 1700 Boston MA______
Business Address

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Joseph Codega /s/ _________________
Signature of Local Counsel

Joseph Codega ________3612__________
Print Name R.I. Bar ID #

Fitzhugh, Parker & Alvaro LLP, 37 Sockanosset Cross Road
Firm and Business Address
Tel. # 401-941-3220 Fax # 401-941-3055

**ORDER**

This motion is hereby ________________________________________________________
___________________________________________________________________________.

______________________________
District Judge

Date: ________________