UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Plaintiff, | ) | C.A. No. 06-cv-00395-T-DLM |
| v. | ) | |
| THOMSA L. MENARD, ET AL., Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of May, 2007, I caused to be served a copy of the ***Motion for Admission Pro Hac Vici*** of Edward P. O'Leary, Esq., filed on behalf of Prudential Insurance Company of America, upon the counsel for the parties listed on the attached service list by electronic mail.

Respectfully submitted,

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**
By its Attorneys,

/s/ Joseph M. Codega___
Joseph M. Codega, Bar #3612
Michael A. Fitzhugh, BBO # 169700
Edward P. O'Leary, BBO #551932
**FITZHUGH, PARKER & ALVARO LLP**
37 Sockanosset Cross Road
Cranston, RI 02920
Telephone: (401) 941-3220
Facsimile: (401) 941-3055
Dated: May 3, 2007

**SERCICE LIST**

Richard C. Bicki, Esq.
56 Pine Street
Suite 200
Providence, RI 02903
(Counsel for Plaintiff and Counter Claimant Thomas L. Menard, by electronic mail)

Jean Alfred Boulanger, Esq.
Capaldi & Boulanger
1035 Main Street
Coventry, RI 02816
(Counsel for Defendant Adam Shippee, by electronic mail)

Fred T. Polacek, Esq.
42 Weybosset Street
Providence, RI 02903
(Counsel for Defendant and Counter Claimant Thomas L. Meynard, by electronic mail)