UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

Plaintiff/Defendant in Counterclaim,

v.

THOMAS L. MENARD

Defendant/Plaintiff in Counterclaim,

and

ADAM SHIPPEE

Defendant,

and

KYLINA BRAGA,
BRANDON SHIPPEE,
DYLANA SHIPPEE
And DOES 1-5

Defendants.

CIVIL ACTION NO. 06-395T

**MOTION OF THE PRUDENTIAL INSURANCE COMPANY**
**OF AMERICA TO DEPOSIT MONIES INTO THE COURT'S REGISTRY**

Pursuant to Rule 22 of the Federal Rules of Civil Procedure, and Rule 7 of the Local Rules of the United States District Court for the District of Rhode Island, The Prudential Insurance Company of America ("Prudential") hereby moves this Court for an order allowing it to deposit the face amount of Prudential life insurance policy number 74940295 (the "Policy"), plus the accidental death benefit together with applicable claim interest, into the Court's registry.

As grounds for this Motion, Prudential states there are conflicting claims to the Policy's death benefits and that allowing it to pay the disputed proceeds into Court will serve to narrow the matters in dispute between the parties and will serve to secure a just, speedy, and inexpensive determination of this action.

In further support of this motion, Prudential incorporates the Memorandum of The Prudential Insurance Company of America in Support of its Motion For Leave to Deposit Monies Into Court.

Respectfully submitted,

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
By its Attorneys,

/s/ Joseph M. Codega_____________

Joseph M. Codega, R.I. Bar #3612
Edward P. O'Leary
Fitzhugh, Parker & Alvaro LLP
37 Sockanosset Cross Road
Cranston, RI 02920
(401) 941-3220

Dated: May 7, 2007

CERTIFICATE OF SERVICE

I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on May 7, 2007 as follows:

Fred T. Polacek
fred@fredpolaceklaw.com

Jean Alfred Boulanger
jab@cblaw.necoxmail.com

Richard C. Bicki
rbickiesq@aol.com

/s/ Joseph M. Codega______