UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

Plaintiff,
Defendant in Counterclaim,

v.

THOMAS L. MENARD

Defendant,
Plaintiff in Counterclaim,

and

ADAM SHIPPEE

Defendant,

and

KYLINA BRAGA,
BRANDON SHIPPEE,
DYLANA SHIPPEE
And DOES 1-5

Defendants.

CIVIL ACTION NO. 06-395T

**ORDER ON MONIES DEPOSITED INTO THE COURT'S REGISTRY**

The matter came on for hearing before the Court, Ernest C. Torres, J. presiding, on Plaintiff The Prudential Insurance Company of America's ("Prudential") Motion to Deposit Monies into the Registry of the Court, and the issues having been duly heard and findings made, and pursuant to Rule 22(1) of the Federal Rules of Civil Procedure, the Court having found no just reason for delay in allowing Prudential to deposit the $50,000 face value of Prudential Life Insurance Policy No. 74940295 ("Policy"), plus the $50,000 accidental death benefit provided by the Policy, together with applicable claim interest thereon since December 29, 2002, into the Court's registry.

It is hereby Ordered and Adjudged,

1. That Prudential deposit into the Court's registry, by check payable to Clerk, U.S. District Court, the basic death claim proceeds due and owing under the Policy in the amount of Fifty Thousand ($50,000.00) Dollars; plus the Policy's Fifty Thousand ($50,000.00) Dollar accidental death benefit; plus applicable claim interest payable on those death benefits since December 29, 2002.

______________________________
Ernest C. Torres
Senior United States District Judge

Dated: _______________