UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

Plaintiff,
Defendant in Counterclaim,

v.

THOMAS L. MENARD

Defendant,
Plaintiff in Counterclaim,

and

ADAM SHIPPEE

Defendant,

and

KYLINA BRAGA,
BRANDON SHIPPEE,
DYLANA SHIPPEE
And DOES 1-5

Defendants.

CIVIL ACTION NO. 06-395T

**MOTION OF PRUDENTIAL INSURANCE COMPANY OF AMERICA TO SEVER AND STAY THOMAS L. MENARD'S COUNTERCLAIM FOR BAD FAITH**

Pursuant to Rule 42(b) of the Federal Rules of Civil Procedure and Local Rule 7(a) of the Local Rules of the United States District Court for the District of Rhode Island, plaintiff Prudential Insurance Company of America ("Prudential") hereby requests that the Court issue an order severing and staying the counterclaim for bad faith asserted against Prudential by defendant Thomas L. Menard ("Menard"). In support of the motion, Prudential states as follows:

1. On September 1, 2006, Prudential filed its interpleader complaint in this matter to avoid the prospect of incurring double or multiple liability on a life insurance policy it issued to Dawn Shippee ("Shippee").

2. In response to Prudential's interpleader complaint Menard, the policy's designated beneficiary, filed an answer together with counterclaims for breach-of-contract and bad faith.

3. Prudential states that concurrent discovery and trial of Menard's breach-of-contract and bad faith counterclaims will likely result in the disclosure of information protected by the attorney-client and work-product privileges.

4. The prejudice to Prudential resulting from such disclosures may readily be avoided by severing and staying Menard's bad faith counterclaim pending the resolution of his breach-of-contract counterclaim.

5. In further support of this motion Prudential incorporates its memorandum of law in support of this motion.

WHEREFORE, Prudential requests that the Court sever and stay Menard's bad faith counterclaim.

Respectfully submitted,

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
By its Attorneys,

/s/ Joseph M. Codega____________

Joseph M. Codega, R.I. Bar #3612
Edward P. O'Leary
Fitzhugh, Parker & Alvaro LLP
37 Sockanosset Cross Road
Cranston, RI 02920
(401) 941-3220

Dated: May 18, 2007

CERTIFICATE OF SERVICE

I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on May 18, 2007 as follows:

Fred T. Polacek
fred@fredpolaceklaw.com

Jean Alfred Boulanger/
jab@cblaw.necoxmail.com

Richard C. Bicki
rbickiesq@aol.com

/s/ Joseph M. Codega______