UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

Plaintiff,
Defendant in Counterclaim,

v.

THOMAS L. MENARD

Defendant,
Plaintiff in Counterclaim,

and

ADAM SHIPPEE

Defendant,

and

KYLINA BRAGA,
BRANDON SHIPPEE,
DYLANA SHIPPEE
And DOES 1-5

Defendants.

CIVIL ACTION NO. 06-395T

**PLAINTIFF'S MOTION FOR APPOINTMENT OF**
**GUARDIAN AD LITEM FOR MINOR DEFENDANTS**

Pursuant to Local Rule 7(a) of the Local Rules of the United States District Court for the District of Rhode Island, plaintiff Prudential Insurance Company of America ("Prudential") hereby moves this Court for an order appointing a guardian ad litem to represent the interests of the minor defendants in this action, Kylina Braga, Brandon Shippee and Dylana Shippee. As grounds for this motion Prudential states that since there are interests of minors that require protection, the services of a guardian ad litem are reasonably necessary.

In further support of the motion, Prudential incorporates the accompanying Memorandum of Prudential Insurance Company of America in Support of Motion for Appointment of Guardian ad Litem.

Respectfully submitted,

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
By its Attorneys,

/s/ Joseph M. Codega___________
Joseph M. Codega, R.I. Bar #3612
Edward P. O'Leary, pro hac vici
Fitzhugh, Parker & Alvaro LLP
37 Sockanosset Cross Road
Cranston, RI 02920
Telephone: (401) 941-3220
Facsimile: (401) 941-3550

Dated: May 24, 2007

CERTIFICATE OF SERVICE

I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on May 24, 2007 as follows:

Fred T. Polacek
fred@fredpolaceklaw.com

Jean Alfred Boulanger/
jab@cblaw.necoxmail.com

Richard C. Bicki
rbickiesq@aol.com

/s/ Joseph M. Codega______