UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

Plaintiff,
Defendant in Counterclaim,

v.

THOMAS L. MENARD

Defendant,
Plaintiff in Counterclaim,

and

ADAM SHIPPEE

Defendant,

and

KYLINA BRAGA,
BRANDON SHIPPEE,
DYLANA SHIPPEE
And DOES 1-5

Defendants.

CIVIL ACTION NO. 06-395T

**APPOINTMENT OF GUARDIN AD LITEM**
**FOR ORDER FOR DEFENDANT DYLANA SHIPPEE**

The matter came on for hearing before the Court, Ernest C. Torres, J. presiding, for hearing on Plaintiff's Assented-To Motion for Appointment of Guardian ad Litem for Minor Defendants, and the issues having been duly heard and findings made,

It is hereby Ordered and Adjudged that ______________________ is hereby appointed guardian ad litem of Dylana Shippee as follows:

1. To act as next friend and represent the interests of Dylana Shippee in connection with this litigation; and

2. To report to the Court in writing, with recommendations, regarding any

proposed resolution of this action.

______________________________
Ernest C. Torres
Senior United States District Judge

Dated: _______________