UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br><br>Plaintiff,<br>Defendant in Counterclaim,<br>v.<br><br>THOMAS L. MENARD<br><br>Defendant,<br>Plaintiff in Counterclaim,<br>and<br><br>ADAM SHIPPEE<br><br>Defendant,<br>and<br><br>KYLINA BRAGA,<br>BRANDON SHIPPEE,<br>DYLANA SHIPPEE<br>And DOES 1-5<br><br>Defendants. | CIVIL ACTION NO. 06-395T |

**OBJECTION OF PRUDENTIAL INSURANCE COMPANY OF AMERICA**
**TO THOMAS MENARD'S MOTION TO DISMISS INTERPLEADER ACTION**

Pursuant to Rule 7(B)(1) of the Local Rules of the United States District Court for the District of Rhode Island, plaintiff The Prudential Insurance Company of America ("Prudential"), by and through its attorneys, hereby submits this objection to defendant Thomas L. Menard's motion to dismiss.

In support of this objection Prudential relies upon its Memorandum in Support of Plaintiff's Objection to Defendant Thomas L. Menard's Motion to Dismiss Interpleader Action, which Prudential has filed herewith.

Respectfully submitted,

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
By its Attorneys,

/s/ Joseph M. Codega

Joseph M. Codega, R.I. Bar #3612
Edward P. O'Leary, pro hac vici
Fitzhugh, Parker & Alvaro LLP
37 Sockanosset Cross Road
Cranston, RI 02920
Telephone: (401) 941-3220
Facsimile: (401) 941-3550

Dated: June 11, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent by first-class mail to those indicated as non-registered participants on June 11, 2007, as follows:

Fred T. Polacek
fred@fredpolaceklaw.com

Jean Alfred Boulanger/
jab@cblaw.necoxmail.com

Richard C. Bicki
rbickiesq@aol.com

/s/ Joseph M. Codega