Rhode Island State Police
Detective Bureau
311 Danielson Pike
North Scituate, Rhode Island 02857

Capt. Steven G. O'Donnell
Detective Commander

Voice: 401-444-1155
FAX: 401-444-1133

CONFIDENTIAL

May 8, 2003

**Sergeant Kevin Hopkins**
**Rhode Island State Police**

**Mr. Thomas Bardelli**
**Prudential Insurance Company**

**Mr. Bardelli, pursuant to our previous conversation, Mr. Thomas Leo Menard DOB: 2/15/41 SS# 513584535, is a suspect in the Homicide of his daughter Dawn Shippee.**

Kevin

**Kevin P. Hopkins**
**Sergeant**

TOTAL P.01

DMS0074