**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | : | |
| Plaintiff | : | C.A. No.: 06-395T |
| v. | : | |
| THOMAS MENARD, Defendant | : | |
| and | : | |
| ADAM SHIPPEE, Defendant | : | |
| and | : | |
| KYLINA BRAGA, BRANDON SHIPPEE, DYLANA SHIPPEE And DOES 1-5, Defendants | : | |

CERTIFICATION OF SERVICE

I hereby certify that on the 14th day of June, 2007, I caused the Defendant, Thomas Menard's Motion For Protective Order, Supporting Memorandum, and attachment to be filed electronically and it is available for viewing and downloading from the ECF system

**Electronic Notification**:

**Jean Alfred Boulanger** jab@cblaw.necoxmail.com

**Joseph M. Codega** codega1@cs.com jcodega@fitzhughlaw.com; jmcodega@hotmail.com

**Notice will be delivered by other means to**:

**Via Regular Mail:**
Edward P. O'Leary
Fitzhugh, Parker, & Alvaro LLP
155 Federal Street
Suite 1700
Boston, MA 02110

Respectfully submitted,
Defendant/Counter Claimant,
Thomas L. Menard
By his Attorney,

/s/ Richard C. Bicki
Richard C. Bicki (#1772)
RICHARD C. BICKI, P.C.
56 Pine Street, Suite 200
Providence, RI 02903
(401) 228-8338
FAX: (401) 274-2780
E-mail: rbickiesq@al.com

/s/ Fred Polacek
Fred Polacek (#2710)
55 Dorrance Street, Suite 200
Providence, RI 02903
(401) 861-5662
FAX: (401) 861-4792
E-mail: fred@fredpolaceklaw.com