UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br><br>Plaintiff,<br>Defendant in Counterclaim,<br>v.<br><br>THOMAS L. MENARD<br><br>Defendant,<br>Plaintiff in Counterclaim,<br>and<br><br>ADAM SHIPPEE<br><br>Defendant,<br>and<br><br>KYLINA BRAGA,<br>BRANDON SHIPPEE,<br>DYLANA SHIPPEE<br>And DOES 1-5<br><br>Defendants. | CIVIL ACTION NO. 06-395T |

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT/PLAINTIFF-IN-COUNTERCLAIM THOMAS MENARD TO PROVIDE FURTHER ANSWERS TO INTERROGATORIES**

Pursuant to Rules 33 and 37 of the Federal Rules of Civil Procedure, and Local Rules 7 and 37 of the United States District Court for the District of Rhode Island, plaintiff The Prudential Insurance Company of America ("Prudential"), hereby requests that the Court issue an order compelling plaintiff/defendant-in-counterclaim Thomas Menard ("Menard") to supplement his Answers to Prudential's First Set of Interrogatories to Thomas Menard in accordance with the requirements set forth in Fed. R. Civ. P. 33.

In support of this motion Prudential relies upon its Memorandum in Support of Plaintiff's Motion to Compel Defendant/Plaintiff-in-counterclaim Thomas Menard to Provide Further Answers to Interrogatories.

Counsel certifies that he has conferred with opposing counsel in an attempt to resolve this discovery dispute without Court action.

WHEREFORE, Prudential respectfully requests that the Court grant its motion, and order Thomas Menard to provide further answers to interrogatories.

**REQUEST FOR ORAL ARGUMENT**

Prudential believes that oral argument on this motion may assist in resolving the objections raised by Menard in his answers to Prudential's Interrogatories. Accordingly, Prudential requests that this Motion be set down for hearing at such time as the Court determines.

Respectfully submitted,

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
By its Attorneys,

*/s/ Joseph M. Codega*

Joseph M. Codega, R.I. Bar #3612
Edward P. O'Leary, pro hac vice
Fitzhugh, Parker & Alvaro LLP
37 Sockanosset Cross Road
Cranston, RI 02920
Telephone: (401) 941-3220

Dated: June 25, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent by first-class mail to those indicated as non-registered participants on June 25, 2007, as follows:

Fred T. Polacek
fred@fredpolaceklaw.com

Jean Alfred Boulanger
jab@cblaw.necoxmail.com

Richard C. Bicki
rbickiesq@aol.com

*/s/ Joseph M. Codega*