Part Of The IBS Network

turnto10.com NEWS

Search
site/keyword | web |

Help You Need | Auto | Traffic | Home & Garden | Real Estate | Golf | Travel | Education | Quizzes
News | Weather | Sports | Health | Consumer | Recipes | Jobs | Entertainment | Community | Tech | NBC 10
First Birthdays | Politics | Celebration of Women | Timelines | The Viewer's Voice | Live Cams | News Team 10 | Tu Comunidad
Politics | Family | First Birthdays | Shopping | Weddings | Personals | Law | Forums



Marketplace

**Timelines History Challenge**
Take the Timelines History Challenge! Watch Time lines and answer to win!
**Health**
Get The Latest Health News From NBC 10

**more categories:**
SHAPE Healthcare Report
Advertise With Us
Cooking With Class
NBC Good Health FeedRoom

sponsor




<<BACK TO HOME | NEWS

EMAIL THIS STORY | PRINT THIS STORY

# Police Arrest Father Of Homicide Victim

## *Investigators Examine Clothing, Documents*

POSTED: 4:38 p.m. EST March 21, 2003
UPDATED: 6:26 p.m. EST March 21, 2003

**WARWICK, R.I.** -- A West Warwick man arrested as part of an investigation into his daughter's homicide was released on bail Friday.

Police arrested Thomas Menard in Key West, Fla., on March 12. He waived extradition and was arraigned Friday in Kent County District Court on gun and drug charges. He was released on $50,000 bail.

State police searched Menard's West Warwick home on March 13 and found a .44-caliber snubnose revolver, a small amount of marijuana and documents relating to the homicide of his daughter, Dawn Menard Shippee.

Shippee's body was found Dec. 29 partially submerged in the Wood River near Route 165 in Exeter.

Police are examining clothing, videotapes, documents and receipts. They have taken samples of Menard's blood and hair for DNA analysis. Police also seized Menard's pickup truck.

State police Capt. Steven O'Donnell declined to single out Menard as a suspect, saying only everyone surrounding the homicide is a suspect.

**Previous Stories:**

- December 31, 2002: State Police Identify Body Found In Exeter

*Copyright 2003 by turnto10.com. The Associated Press contributed to this report. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

DMS0137