UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>Plaintiff,<br>Defendant in Counterclaim,<br>v.<br>THOMAS L. MENARD<br>Defendant,<br>Plaintiff in Counterclaim,<br>and<br>ADAM SHIPPEE<br>Defendant,<br>and<br>KYLINA BRAGA,<br>BRANDON SHIPPEE,<br>DYLANA SHIPPEE<br>And DOES 1-5<br>Defendants. | ) | CIVIL ACTION NO. 06-395T |

**OBJECTION OF PRUDENTIAL INSURANCE COMPANY OF AMERICA**
**TO THOMAS MENARD'S MOTION FOR PROTECTIVE ORDER**

Pursuant to Rule 7(B)(1) of the Local Rules of the United States District Court for the District of Rhode Island, plaintiff/defendant in counterclaim Prudential Insurance Company of America ("Prudential"), by and through its attorneys, hereby submits this objection to defendant/plaintiff in counterclaim Thomas Menard's motion for protective order.

In support of this objection Prudential relies upon its Memorandum in Support of Plaintiff's Objection to Defendant Thomas Menard's Motion for Protective Order, which Prudential has filed herewith.

Respectfully submitted,

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,
By its Attorneys,

/s/ Joseph M. Codega

Joseph M. Codega, R.I. Bar #3612
Edward P. O'Leary, pro hac vici
Fitzhugh, Parker & Alvaro LLP
37 Sockanosset Cross Road
Cranston, RI 02920
Telephone: (401) 941-3220
Facsimile: (401) 941-3550

Dated: June 25, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent by first-class mail to those indicated as non-registered participants on June 25, 2007, as follows:

Fred T. Polacek
fred@fredpolaceklaw.com

Jean Alfred Boulanger/
jab@cblaw.necoxmail.com

Richard C. Bicki
rbickiesq@aol.com

/s/ Joseph M. Codega