FITZHUGH, PARKER & ALVARO LLP
ATTORNEYS AT LAW

155 FEDERAL STREET
SUITE 1700
BOSTON, MA 02110-1727
TELEPHONE: (617) 695-2330
FAX: (617) 695-2335
WWW.FITZHUGHLAW.COM

MICHAEL A. FITZHUGH
WILLIAM L. PARKER
FERDINAND J. ALVARO, JR. •
MARK A. NEWCITY ▵

CAROL J. ANGUILLA ❖*
FRANK CAMPBELL, JR. *
JOSEPH M. CODEGA ○*
FREDERICK E. DASHIELL *
LUCY ELANDJIAN *
DOUGLAS A. FLEMING

KATHLEEN GROVER ▿
BARBARA L. HORAN
ROBERT P. LA HAIT
AMY CASHORE MARIANI *
SUSAN M. MORRISON
JEFFREY A. NOVINS •
EDWARD P. O'LEARY †
MICHAEL W. PARKER
SONIA L. SKINNER ❖
DAVID JON VOLKIN
KENNETH F. WHITTAKER

RHODE ISLAND OFFICE
37 SOCKANOSSET CROSSROAD
CRANSTON, RI 02920
TELEPHONE (401) 941-3220
FAX (401) 941-3055

CONNECTICUT OFFICE
100 CONSTITUTION PLAZA
SUITE 600
HARTFORD, CT 06103
TELEPHONE: (860) 549-6803
FAX: (860) 728-0546

* OF COUNSEL

UNLESS DESIGNATED OTHERWISE, OUR ATTORNEYS ARE ADMITTED ONLY IN MASSACHUSETTS

▵ ALSO ADMITTED IN CONNECTICUT
▿ ONLY ADMITTED IN CONNECTICUT
• ALSO ADMITTED IN NEW YORK
○ ONLY ADMITTED IN RHODE ISLAND
❖ ALSO ADMITTED IN MARYLAND
† ALSO ADMITTED IN NEW HAMPSHIRE

May 14, 2007

**BY FACSIMILE**

Fred T. Polacek, Esq.
42 Weybosset Street
Providence, RI 02903

Richard C. Bicki, Esq.
56 Pine Street
Providence, RI 02903

Jean A. Boulanger, Esq.
Capaldi & Boulanger
1035 Main Street
Coventry, RI 01816

Re: Prudential Insurance Company of America v. Thomas L. Menard *et al.*
United States District Court, Civil Action No. 06-cv-00395-T-DLM.

Dear Counsel:

I have enclosed Prudential's Notice of Deposition of Thomas L. Menard in connection with the matter noted above. If any of you have scheduling issues which need to be resolved, please contact me without delay.

Very truly yours,

Edward P. O'Leary

Enc.
cc: Joseph M. Codega, Esq.