UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br><br>Plaintiff,<br>Defendant in Counterclaim,<br><br>v.<br><br>THOMAS L. MENARD<br><br>Defendant,<br>Plaintiff in Counterclaim,<br><br>and<br><br>ADAM SHIPPEE<br><br>Defendant,<br><br>and<br><br>KYLINA BRAGA,<br>BRANDON SHIPPEE,<br>DYLANA SHIPPEE<br>And DOES 1-5<br><br>Defendants. | CIVIL ACTION NO. 06-395T |

**RE-NOTICE OF VIDEO DEPOSITION**

To: Thomas L. Menard
Post Office Box 64
West Warwick, RI

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, please take notice that plaintiff Prudential Insurance Company of America ("Prudential"), by and through its attorneys, will conduct the deposition of **defendant Thomas L. Menard,** on **Monday, June 18, 2007 at 10:00 a.m.,** at the Law Offices of Fitzhugh, Parker & Alvaro LLP, 37 Sockanosset Cross Road, Cranston, Rhode Island, before an officer authorized to administer oaths in accordance with the

laws of the State of Rhode Island. The deposition of Thomas L. Menard will be recorded by audio and visual means, and will continue from day to day until completed.

You are invited to attend and cross-examine.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
By its Attorneys,

/s/ Joseph M. Codega
Joseph M. Codega, R.I. Bar #3612
Edward P. O'Leary, pro hac vici
Fitzhugh, Parker & Alvaro LLP
37 Sockanosset Cross Road
Cranston, RI 02920
Telephone: (401) 941-3220
Facsimile: (401) 941-3550

Dated: June 8, 2007

CERTIFICATE OF SERVICE

I, hereby certify that on June 8, 2007 I served this Notice of Deposition by electronic means, by facsimile transmission, and by first-class mail, postage prepaid, on all counsel of record as set forth below:

Fred T. Polacek
fred@fredpolaceklaw.com

Jean Alfred Boulanger/
jab@cblaw.necoxmail.com

Richard C. Bicki
rbickiesq@aol.com

/s/ Edward P. O'Leary