**FITZHUGH, PARKER & ALVARO LLP**
**ATTORNEYS AT LAW**

155 FEDERAL STREET
SUITE 1700
BOSTON, MA 02110-1727
TELEPHONE: (617) 695-2330
FAX: (617) 695-2335
WWW.FITZHUGHLAW.COM

MICHAEL A. FITZHUGH
WILLIAM L. PARKER
FERDINAND J. ALVARO, JR. •
MARK A. NEWCITY ▵

CAROL J. ANGUILLA ❖*
FRANK CAMPBELL, JR. *
JOSEPH M. CODEGA ○*
FREDERICK E. DASHIELL *
LUCY ELANDJIAN *
DOUGLAS A. FLEMING

KATHLEEN GROVER ∇
BARBARA L. HORAN
ROBERT P. LA HAIT
AMY CASHORE MARIANI *
SUSAN M. MORRISON
JEFFREY A. NOVINS •
EDWARD P. O'LEARY †
MICHAEL W. PARKER
SONIA L. SKINNER ❖
DAVID JON VOLKIN
KENNETH F. WHITTAKER

RHODE ISLAND OFFICE
37 SOCKANOSSET CROSSROAD
CRANSTON, RI 02920
TELEPHONE (401) 941-3220
FAX (401) 941-3055

CONNECTICUT OFFICE
100 CONSTITUTION PLAZA
SUITE 600
HARTFORD, CT 06103
TELEPHONE: (860) 549-6803
FAX: (860) 728-0546

* OF COUNSEL

UNLESS DESIGNATED OTHERWISE, OUR ATTORNEYS ARE ADMITTED ONLY IN MASSACHUSETTS

▵ ALSO ADMITTED IN CONNECTICUT
∇ ONLY ADMITTED IN CONNECTICUT
• ALSO ADMITTED IN NEW YORK
○ ONLY ADMITTED IN RHODE ISLAND
❖ ALSO ADMITTED IN MARYLAND
† ALSO ADMITTED IN NEW HAMPSHIRE

June 8, 2007

**<u>BY FACSIMILE</u>**

Richard Bicki, Esq.
56 Pine Street
Providence, RI 02903

Re: Prudential Insurance Company of America v. Thomas L. Menard *et al.*
United States District Court, Civil Action No. 06-cv-00395-T-DLM.

Dear Mr. Bicki:

Last Friday Prudential agreed to postpone Mr. Menard's deposition owing to scheduling conflicts which prevented you and Mr. Polacek from attending. During that telephone conference you stated that you would contact me on Monday, June 4th to reschedule the deposition. It is now the afternoon of Friday, June 8th and I have yet to hear from you. Inasmuch as we have a discovery order to comply with I have re-noticed Mr. Menard' for June 18th. I have enclosed Prudential's Re-Notice of Deposition. If you have a scheduling conflict which needs to be addressed, please contact me without delay.

Very truly yours,

Edward P. O'Leary

Edward P. O'Leary

Enc.
cc: Joseph M. Codega, Esq.
Jean A. Boulanger, Esq.
Fred Polacek, Esq