keysnews.com FLORIDA KEYS
The Florida Keys Only Daily Online News

Current Stories
Mile Markers
Crime Reports

OPINION
Editorials
Commentary
Letters
Citizen's Voice

Today in Sports
Scores & More

BUSINESS
This week
Columns
Tech Talk
Biz Directory
Real Estate Net

Lifestyles
Homes

CRIME REPORT

# Arrest halts cocktail hour

keysnews.com

KEY WEST -- Key West detectives interrupted a Rhode Island man's poolside martini Wednesday evening when they showed up at his South Street guesthouse and arrested him.

Thomas Menard, 58, was wanted in Rhode Island on weapons violations and drug charges, said Detective Frank Cohens.

Cohens was contacted by agents from the U.S. Marshal's Service and the Florida Department of Law Enforcement, who told Cohens about Menard's whereabouts.

The officers watched the guesthouse to ensure Menard was there before moving in on him around 8 p.m. as he ate dinner next to the pool.

Fri, Ma



Kyle Camp
Poinciana El
Click
Five Da

"Thank God
courageous
White Hous
think I votec
Clinton. I thi
doing the ri
am... Go to A

TOP S

• Com
move

sponsor




<<BACK TO HOME | NEWS

EMAIL THIS STORY | PRINT THIS STORY

# Police Arrest Father Of Homicide Victim

## *Investigators Examine Clothing, Documents*

POSTED: 4:38 p.m. EST March 21, 2003
UPDATED: 6:26 p.m. EST March 21, 2003

**WARWICK, R.I.** -- A West Warwick man arrested as part of an investigation into his daughter's homicide was released on bail Friday.

Police arrested Thomas Menard in Key West, Fla., on March 12. He waived extradition and was arraigned Friday in Kent County District Court on gun and drug charges. He was released on $50,000 bail.

State police searched Menard's West Warwick home on March 13 and found a .44-caliber snubnose revolver, a small amount of marijuana and documents relating to the homicide of his daughter, Dawn Menard Shippee.

Shippee's body was found Dec. 29 partially submerged in the Wood River near Route 165 in Exeter.

Police are examining clothing, videotapes, documents and receipts. They have taken samples of Menard's blood and hair for DNA analysis. Police also seized Menard's pickup truck.

State police Capt. Steven O'Donnell declined to single out Menard as a suspect, saying only everyone surrounding the homicide is a suspect.

**Previous Stories:**

- December 31, 2002: State Police Identify Body Found In Exeter

*Copyright 2003 by turnto10.com. The Associated Press contributed to this report. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

Marketplace

**Timelines History Challenge**
Take the Timelines History Challenge! Watch Timelines and answer to win!
**Health**
Get The Latest Health News From NBC 10

more categories:
SHAPE Healthcare Report
Advertise With Us
Cooking With Class
NBC Good Health FeedRoom

sponsor


Part Of The IBS Network

E-Mail Sign Up | Contact NBC 10 | Search

News

Search

site/keyword | web

Help You Need | Auto | Traffic | Home & Garden | Real Estate | Golf | Travel | Education | Quizzes
News | Weather | Sports | Health | Consumer | Recipes | Jobs | Entertainment | Community | Tech | NBC 10
First Birthdays | Politics | Celebration of Women | Timelines | The Viewer's Voice | Live Cams | News Team 10
Politics | Family | First Birthdays | Shopping | Weddings | Personals | Law | Forums

sponsor



Marketplace

**Timelines History Challenge**
Take the Timelines History Challenge! Watch Timelines and answer to win!

**Health**
Get The Latest Health News From NBC 10

**more categories:**
SHAPE Healthcare Report
Advertise With Us
Cooking With Class
NBC Good Health FeedRoom

sponsor



<<BACK TO HOME | NEWS

EMAIL THIS STORY | PRINT THIS STORY

# State Police Identify Body Found In Exeter

## *Body Pulled From Water*

POSTED: 8:10 a.m. EST December 31, 2002
UPDATED: 4:44 p.m. EST December 31, 2002

**EXETER, R.I.** -- A body found submerged in a river in Exeter was identified Tuesday.

The body of Dawn Shippee, 30, of Coventry, was found Sunday in the Wood River in the Arcadia Management Area near Route 165. Shippee was a mother of three.

Police are treating the woman's death as suspicious. The medical examiner will do an autopsy.

Officers did not release any additional information about the case. But police said earlier that blood was found in the snow near where Shippee's body was discovered.

Shippee's father reported her missing to Coventry police on Saturday.

Police ask anyone with information to call (401) 444-1000.

*Copyright 2002 by turnto10.com. The Associated Press contributed to this report. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

MORE TOP STORIES

**News**
**Providence Decides To Delay Police Academy Opening**
**Army Secretary Fired**

**Sports**
**Royals Apprehensive About Playing In Toronto**