UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 02 2007
Property of U.S. District Court
District of Rhode Island

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

Plaintiff/Defendant in Counterclaim,

v.

THOMAS L. MENARD

Defendant/Plaintiff in Counterclaim,

and

ADAM SHIPPEE

Defendant,

and

KYLINA BRAGA,
BRANDON SHIPPEE,
DYLANA SHIPPEE
And DOES 1-5

Defendants.

CIVIL ACTION NO. 06-395T

**ORDER DENYING DEFENDANT/PLAINTIFF-IN-COUNTERCLAIM**
**THOMAS L. MENARD'S MOTION FOR PROTECTIVE ORDER**

This matter was heard on Tuesday, June 26, 2007, on Defendant Thomas L. Menard's motion for a protective order and Plaintiff Prudential Insurance Company of America's objection thereto, U.S. Magistrate Judge David L. Martin, presiding, and, after hearing thereon and consideration thereof, it is hereby ordered as follows:

1. To the extent that Defendant's motion seeks to altogether preclude the deposition of the Defendant, the motion is denied.

2. To the extent that Defendant's motion seeks to limit or restrict the

deposition of the Defendant, the motion is also denied, except that, to the extent Plaintiff seeks to inquire about the following matters, the Court will authorize only limited questioning regarding the murder of one Cynthia Kane-Clarke, and the seizure in March 2003 of Defendant's truck and handgun, absent a connection between the questions and the death of Dawn Shippee. Plaintiff is also precluded from inquiring about Defendant's privileged conversations with his legal counsel.

Entered as an Order of this Court this 9th day of ~~June~~ July, 2007.

Enter:

David L. Martin
Magistrate Judge
U.S. District Court for the
District of Rhode Island

Per Order:

Respectfully submitted,

Joseph M. Codega, R.I. Bar #3612

Edward P. O'Leary, *pro hac vice*

Counsel for Plaintiff Prudential Insurance
Company of America
Fitzhugh, Parker & Alvaro LLP
37 Sockanosset Cross Road
Cranston, RI 02920
Telephone: (401) 941-3220
Dated: June 28, 2007