UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | : | |
| | : | |
| Plaintiff, Defendant in Counterclaim, | : | |
| v. | : | |
| THOMAS L. MENARD | : | C.A. No.: 06-395T |
| Defendant, Plaintiff in Counterclaim, | : | |
| and | : | |
| ADAM SHIPPEE | : | |
| Defendant, | : | |
| and | : | |
| KYLINA BRAGA, BRANDON SHIPPEE, DYLANA SHIPPEE, And DOES 1-5 | : | |
| Defendants. | : | |

**RHODE ISLAND ATTORNEY GENERAL'S OBJECTION TO THE SUBPOENA
ISSUED BY THE PLAINTIFF THE PRUDENTIAL INSURANCE COMPANY**

Now comes the Rhode Island Attorney General's Office pursuant to Rule 54(c) of the Federal Rules of Civil Procedure and object to the subpoena duces tecum served upon it on July 12, 2007 by Plaintiff The Prudential Insurance Company. The subpoena duces tecum seeks:

> Any and all records and documents in your possession, custody or control relating to the investigation file for the homicide of the following individual:
>
> Name: Dawn M_____e Shippee

See Exhibit A: Subpoena duces tecum to R.I. Department of the Attorney General.

The Rhode Island Attorney General objects to the subpoena duces tecum served upon it as the death of Dawn Michelle Shippee (dob 5/17/72) is an open criminal investigation with the Rhode Island State Police and any records in its possession are protected from disclosure by the law enforcement privilege and/or work product privilege.

Respectfully Submitted,

RHODE ISLAND STATE POLICE
By its Attorney

PATRICK C. LYNCH
ATTORNEY GENERAL


/s/ Brenda D. Baum
BRENDA D. BAUM (#5184)
Assistant Attorney General
RI Department of Attorney General
150 South Main Street
Providence, RI  02903-2907
Tel:  (401) 274-4400 x 2294
Fax:  (401) 222-3016
bbaum@riag.ri.gov

## CERTIFICATION

I hereby certify that I have electronically mailed the foregoing document on this 23rd of July, 2007, to the attorney(s) of record listed below:

**Richard C. Bicki**
rbickiesq@aol.com; bfurman@cerilli.com; pleclair@cerilli.com

**Jean Alfred Boulanger**
jab@cblaw.necoxmail.com

**Joseph M. Codega**
codega1@cs.com; jcodega@fitzhughlaw.com; jmcodega@hotmail.com

**Fred T. Polacek**
fred@fredpolaceklaw.com

/s/ Brenda D. Baum

**CERTIFICATION**

      I, the undersigned, hereby certify that a copy of the within document was mailed, postage prepaid, on this 23rd day of July, 2007 to the attorney(s) of record listed below:

Edward P. O'Leary, Esq.
Fitzhugh, Parker, & Alvaro LLP
155 Federal Street, Suite 1700
Boston, MA 02110

                                              **/s/ Brenda D. Baum**