UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br><br>Plaintiff,<br>Defendant in Counterclaim,<br>v.<br><br>THOMAS L. MENARD<br><br>Defendant,<br>Plaintiff in Counterclaim,<br>and<br><br>ADAM SHIPPEE<br><br>Defendant,<br>and<br><br>KYLINA BRAGA,<br>BRANDON SHIPPEE,<br>DYLANA SHIPPEE<br>And DOES 1-5<br><br>Defendants. | CIVIL ACTION NO. 06-395T |

**SUBPOENA DUCES TECUM**

TO: Keeper of Records
Attention: Becky Partington, Civil Department
Rhode Island Attorney General's Office
150 South Main Street
Providence, RI 02903

Greetings:

**YOU ARE HEREBY COMMANDED** in the name of the United States District Court for the District of Rhode Island in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure to appear and testify on behalf of the plaintiff, The Prudential Insurance Company of America, before an officer authorized to administer oaths in accordance with the

A TRUE COPY ATTEST SERVED
BY Deputy Karen Pellegrino
DEPUTY SHERIFF
BADGE # 226

laws of the State of Rhode Island, on **July 26, 2007, at 1:00 p.m.** at the law offices of Fitzhugh, Parker & Alvaro LLP, 37 Sockanosset Cross Road, Cranston, Rhode Island. You are further required to bring with you any and all documents listed in the attached Schedule A.

Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

*In lieu of appearing, you may comply with this subpoena by mailing CERTIFIED copies of the requested documents to Edward P. O'Leary at 155 Federal Street, Suite 1700, Boston, MA 02110 on or before* July 26, 2007, *by copying the attached certificate onto your organization's letterhead, completing, and signing the enclosed Keeper of Records Certificate, and returning it with the requested documents.*

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
By its Attorneys,

Edward P. O'Leary

Joseph M. Codega, R.I. Bar #3612
Edward P. O'Leary, pro hac vici
Fitzhugh, Parker & Alvaro LLP
37 Sockanosset Cross Road
Cranston, RI 02920
Telephone: (401) 941-3220
Facsimile: (401) 941-3550

Dated: July 10, 2007

As subscribed and sworn to before me on:
7/10/07.

Michael P. McGarry

Notary Public
My Commission expires: 5/24/13

MICHAEL P. McGARRY
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
May 24, 2013

## SCHEDULE A: Rhode Island Attorney General's Office

1. Any and all records and documents in your possession, custody, or control relating to the investigation file for the homicide of the following individual:

| | |
|---|---|
| **Name:** | **Dawn Michelle Shippee** |
| **Date of Birth:** | **5/17/72** |
| **SSN#:** | **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** |

*If you have any questions regarding compliance with this subpoena, please contact Attorney Edward P. O'Leary at (617) 695-2330.*

# KEEPER OF RECORDS CERTIFICATE

My name is ______________________________ and I am the Keeper of Records for ________________________________. I hereby certify that the documents attached hereto are, to the best of my knowledge, a true and complete copy of records concerning the following individual:

| | |
|---|---|
| **Name:** | **Dawn Michelle Shippee** |
| **Date of Birth:** | **5/17/72** |
| **SSN#:** | **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** |

Signed under pains and penalties of perjury.

Signed:_______________________ Dated:__________________