UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

Plaintiff,
Defendant in Counterclaim,

v.

THOMAS L. MENARD

Defendant,
Plaintiff in Counterclaim,

and

ADAM SHIPPEE

Defendant,

and

KYLINA BRAGA,
BRANDON SHIPPEE,
DYLANA SHIPPEE
And DOES 1-5

Defendants.

CIVIL ACTION NO. 06-395T

## STIPULATION

Now come plaintiff Prudential Insurance Company of America ("Prudential") and defendant Thomas L. Menard ("Menard") and hereby stipulate and agree as follows:

1. Prudential has duly noticed Menard's deposition for July 25, 2007 at 10:00 a.m.;
2. Prudential duly noticed Menard's deposition on two prior occasions as well. Specifically, Prudential noticed Menard's deposition for June 4, 2007, however counsel for Menard was unable to attend on that date. Prudential then re-noticed the deposition for June 18, 2007, however counsel for Menard moved for a

protective order which prevented Prudential from proceeding with the deposition as scheduled.

3. Menard has requested that Prudential agree to postpone his July 25, 2007 deposition owing to the State court excused absence of Mr. Bicki for vacation and other reasons that the parties have discussed.

4. In consideration for Prudential's agreeing to postpone his July 25, 2007 deposition, Menard hereby stipulates and agrees that he will sit for a deposition duly noticed by Prudential at a later date, and will not raise the court's discovery deadline as a defense to sitting for any such deposition.

PRUDENTUIAL INSURANCE
COMPANY OF AMERICA,
By its Attorney,

Joseph M. Codega (EPO)

Joseph M. Codega, R.I. Bar #3612
Edward P. O'Leary, *pro hac vice*
Fitzhugh, Parker & Alvaro LLP
37 Sockanosset Cross Road
Cranston, RI 02920
(401) 941-3220

THOMAS L. MENARD
By his Attorney,

Fred T. Polacek, R.I. Bar #2710
55 Dorrance Street, Suite 200
Providence, RI 02903
(401) 861-5662

Dated: July 23, 2007