**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE | : | |
| COMPANY OF AMERICA | : | |
| Plaintiff | : | C.A. No.: 06-395T |
| v. | : | |
| | : | |
| THOMAS MENARD | : | |
| Defendant | : | |
| and | : | |
| | : | |
| ADAM SHIPPEE | : | |
| Defendant | : | |
| and | : | |
| | : | |
| KYLINA BRAGA, | : | |
| BRANDON SHIPPEE, | : | |
| DYLANA SHIPPEE | : | |
| And DOES 1-5 | : | |
| Defendants | : | |

**DEFENDANT THOMAS MENARD'S RESPONSE TO**
**PRUDENTIAL INSURANCE COMPANY OF AMERICA'S**
**MOTION TO COMPEL FURTHER ANSWERS TO INTERROGATORIES**

Defendant, Thomas Menard, by and through undersigned counsel, hereby states that in response to Prudential Insurance Company of America's Motion to Compel Further Answers to Interrogatories, and consistent with the Order entered by Magistrate Judge David L. Martin on July 9, 2007, defendant Thomas Menard provided supplemental answers to interrogatories to counsel for Prudential Insurance Company of America by regular mail on July 13, 2007.

Respectfully submitted,
Defendant/Counter Claimant,
Thomas L. Menard
By his Attorney,

/s/ Richard C. Bicki
Richard C. Bicki (#1772)
RICHARD C. BICKI, P.C.
56 Pine Street, Suite 200

Providence, RI 02903
(401) 228-8338
FAX: (401) 274-2780
E-mail: rbickiesq@al.com

/s/ Fred Polacek
Fred Polacek (#2710)
55 Dorrance Street, Suite 200
Providence, RI 02903
(401) 861-5662
FAX: (401) 861-4792
E-mail: fred@fredpolaceklaw.com

CERTIFICATION OF SERVICE

I hereby certify that on the 27th day of July, 2007, I caused the Defendant, Thomas Menard's Response to Prudential Insurance Company of America's Motion to Compel Further Answers to Interrogatories to be filed electronically and it is available for viewing and downloading from the ECF system

**Electronic Notification**:

**Jean Alfred Boulanger** jab@cblaw.necoxmail.com

**Joseph M. Codega** codega1@cs.com jcodega@fitzhughlaw.com; jmcodega@hotmail.com

**Notice will be delivered by other means to**:
**Via Regular Mail:**
Edward P. O'Leary
Fitzhugh, Parker, & Alvaro LLP
155 Federal Street
Suite 1700
Boston, MA 02110

Respectfully submitted,
Defendant/Counter Claimant,
Thomas L. Menard
By his Attorney,

/s/ Richard C. Bicki
Richard C. Bicki (#1772)
RICHARD C. BICKI, P.C.
56 Pine Street, Suite 200
Providence, RI 02903
(401) 228-8338
FAX: (401) 274-2780
E-mail: rbickiesq@al.com

/s/ Fred Polacek

Fred Polacek (#2710)
55 Dorrance Street, Suite 200
Providence, RI 02903
(401) 861-5662
FAX: (401) 861-4792
E-mail: fred@fredpolaceklaw.com