UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br><br>Plaintiff/Defendant in Counterclaim,<br><br>v.<br><br>THOMAS L. MENARD<br><br>Defendant/Plaintiff in Counterclaim,<br><br>and<br><br>ADAM SHIPPEE<br><br>Defendant,<br><br>and<br><br>KYLINA BRAGA,<br>BRANDON SHIPPEE,<br>DYLANA SHIPPEE<br>And DOES 1-5<br><br>Defendants. | Civil Action No. 06-395T |

**ORDER**

This matter was heard on Wednesday, July 18, 2007, Senior U.S. District Judge Ernest C. Torres, presiding, on the following motions:

1. Defendant Thomas L. Menard's motion to dismiss interpleader action;
2. Plaintiff's motion to appoint guardians *ad litem*;
3. Plaintiff's motion to sever and stay Defendant Thomas L. Menard's counterclaim alleging bad faith; and

4. Plaintiff's motion for leave to deposit monies in the Court's registry.

After hearing and consideration of the foregoing motions, it is hereby ordered as follows:

1. Defendant Thomas L Menard's motion to dismiss the interpleader action is denied;

2. Decision on Plaintiff's motion for the appointment of guardians *ad litem* is deferred pending participation and any additional input from counsel for Defendant Adam Shippee on the issues of whether there is a need for the appointment of one or more guardians *ad litem* and, if so, how will the cost of the guardians *ad litem* be allocated;

3. Plaintiff's motion to sever and stay Defendant Thomas L. Menard's counterclaim alleging bad faith is granted; and

4. Plaintiff's motion for leave to deposit monies in the Court's registry is granted. Plaintiff shall deposit the total policy death benefit proceeds of $50,000.00 together with the additional $50,000.00 Accidental Death Benefit amount and applicable interest into the Court's registry in conformity with Local Rule 67. Upon doing so, Plaintiff is discharged from potential liability in this matter, except for any liability which may result from Defendant Thomas L. Menard's counterclaim alleging bad faith. In so ruling, the Court notes that the issue of the responsibility for payment of any guardian *ad litem,* if any such guardian *ad litem* is appointed, has not been resolved or decided by the Court.

Entered as an Order of this Court this 24th day of July, 2007.

Enter: Per Order:

Ernest C. Torres
Senior U.S. District Judge for
the District of Rhode Island

Respectfully submitted,

Joseph M. Codega, R.I. Bar #3612

Edward P. O'Leary, *pro hac vici*
Counsel for Plaintiff Prudential Insurance
Company of America
Fitzhugh, Parker & Alvaro LLP
37 Sockanosset Cross Road
Cranston, RI 02920
Telephone: (401) 941-3220

Dated: July 19, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2007 I served the above document on all counsel of record, as set forth below, by first-class mail postage prepaid.

Fred T. Polacek, Esq.
55 Dorrance Street, Suite 200
Providence, RI 02903

Richard C. Bicki, Esq.
56 Pine Street
Providence, RI 02903

Jean A. Boulanger, Esq.
Capaldi & Boulanger
1035 Main Street
Coventry, RI 01816

Edward P. O'Leary