UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>Plaintiff,<br>Defendant in Counterclaim,<br>v.<br><br>THOMAS L. MENARD<br>Defendant,<br>Plaintiff in Counterclaim,<br>and<br><br>ADAM SHIPPEE<br>Defendant,<br>and<br><br>KYLINA BRAGA,<br>BRANDON SHIPPEE,<br>DYLANA SHIPPEE<br>And DOES 1-5<br><br>Defendants. | ) | Civil Action No. 06-395T |

**REPLY MEMORANDUM OF PLAINTIFF PRUDENTIAL INSURANCE COMPANY OF AMERICA IN SUPPORT OF MOTION TO COMPEL FURTHER ANSWERS TO INTERROGATORIES BY DEFENDANT THOMAS MENARD**

Pursuant to Local Rule 7(b)(2) of the United States District Court for the District of Rhode Island, Plaintiff/defendant-in-counterclaim, Prudential Insurance Company of America ("Prudential") hereby submits the following reply memorandum in support of its Motion to Compel Further Answers to Interrogatories by Defendant/plaintiff-in-counterclaim Thomas Menard ("Menard").

In reply to Defendant Thomas Menard's Response to Prudential Insurance Company of America's Motion to Compel Further Answers to Interrogatories, Prudential states as follows.

On July 27, 2007 Menard filed his Response to Prudential's motion to compel answers to interrogatories. In his Response Menard stated that "consistent with the Order entered by Magistrate Judge David L. Martin on July 9, 2007, defendant Thomas L. Menard provided supplemental answers to interrogatories to counsel for Prudential…." However, Menard did not file a copy of the Supplemental Answers to which he made reference to in his Response. Prudential has attached a true and accurate copy of the Supplemental Answers hereto as Exhibit "A." Prudential contends that Menard's answers to interrogatories, even as supplemented, do not fully comply with Rules 26 and 33 of the Federal Rules of Civil Procedure and are in several significant respects inconsistent with the Court's Order of July 9, 2007.

WHEREFORE: for the foregoing reasons, Prudential requests that the Court grant its motion to compel and Order Thomas Menard to provide further answers to interrogatories within twenty (20) days.

Respectfully submitted,

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
By its Attorneys,

*_/s/Joseph M. Codega_*

Joseph M. Codega, R.I. Bar #3612
Edward P. O'Leary
Fitzhugh, Parker & Alvaro LLP
37 Sockanosset Cross Road
Cranston, RI 02920
(401) 941-3220

Dated: August 2, 2007

CERTIFICATE OF SERVICE

I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on August 2, 2007 as follows:

Fred T. Polacek
fred@fredpolaceklaw.com

Jean Alfred Boulanger/
jab@cblaw.necoxmail.com

Richard C. Bicki
rbickiesq@aol.com

*/s/ Joseph M. Codega*
Joseph M. Codega