UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA )<br><br>    Plaintiff, )<br>    Defendant in Counterclaim, )<br>v. )<br><br>THOMAS L. MENARD )<br><br>    Defendant, )<br>    Plaintiff in Counterclaim, )<br>and )<br><br>ADAM SHIPPEE )<br><br>    Defendant, )<br>and )<br><br>KYLINA BRAGA,<br>BRANDON SHIPPEE,<br>DYLANA SHIPPEE<br>And DOES 1-5 )<br><br>    Defendants. ) | Civil Action No. 06-395T |

## ORDER ON MONIES DEPOSITED INTO THE COURT'S REGISTRY

The matter came on for hearing before the Court, Ernest C. Torres, J. presiding, on Plaintiff The Prudential Insurance Company of America's ("Prudential") Motion to Deposit Monies into the Registry of the Court, and the issues having been duly heard and findings made, and pursuant to Rule 22(1) of the Federal Rules of Civil Procedure, and Local Rule 67 of the United States District Court for the District of Rhode Island, the Court having found no just reason for delay in allowing Prudential to deposit the $50,000 face value of Prudential Life Insurance Policy No. 74940295 ("Policy"), plus the $50,000

accidental death benefit provided by the Policy, together with applicable claim interest thereon since December 29, 2002 (collectively "the Proceeds"), into the Court's registry.

It is hereby Ordered and Adjudged,

1. That Prudential deposit into the Court's registry, by check payable to Clerk, U.S. District Court: (a) the Face Amount due and owing under the Policy in the amount of Fifty Thousand ($50,000.00) Dollars; (b) plus the Accidental Death Benefit due and owing under the Policy in the amount of Fifty Thousand ($50,000.00) Dollars; and (c) plus applicable claim interest payable on the Policy's Face Amount and Accidental Death Benefit from December 29, 2002 to August 2, 2007.

2. The total of the amount of the Proceeds and interest to be deposited by Prudential into the Court's registry in accordance with paragraph 1 of this Order is as follows:

>Face Amount: $50,000.00
>Premium Adjustment: $34.06
>Paid Up Additions: $10,230.02
>Termination Dividend: $532.50
>Premium Return: $44.00
>Accidental Death Benefit: $50,000.00
>Loan: ($622.50)
>Loan Interest: ($24.10)
>Total of Death Benefits: $110,193.98
>Total Interest: $53,676.72 (calculated at 9% from 12/29/02 through 8/2/07).
>Total Death Proceeds Payable: $163,870.70

3. The name and address of the local financial institution into which the Proceeds are to be deposited is as follows:

       Bank of America
       111 Westminster Street
       Providence, RI 02903

4.     The Proceeds will be deposited into a money market savings account.

5.     The clerk is directed to deduct from the income earned on the Proceeds deposited or invested a fee in the amount of ten percent (10%) of the income earned, whenever such income becomes available for such deduction, and without further order of Court.

                                                 *Ernest C. Torres* (signature)
                                                 Ernest C. Torres
                                                 Senior United States District Judge

Dated: 8/7/07