UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>Plaintiff,<br>Defendant in Counterclaim,<br>v.<br><br>THOMAS L. MENARD<br>Defendant,<br>Plaintiff in Counterclaim,<br>and<br><br>ADAM SHIPPEE<br>Defendant,<br>and<br><br>KYLINA BRAGA,<br>BRANDON SHIPPEE,<br>DYLANA SHIPPEE<br>And DOES 1-5<br><br>Defendants. | Civil Action No. 06-395T |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**OF JOSEPH M. CODEGA**

Leave of Court for his withdrawal having been allowed by the Court, and the appearance of successor counsel, Ben A. Solnit, for plaintiff The Prudential Insurance Company of America having been entered on the record, pursuant to Rule 11 of the Federal Rules of Civil Procedure Joseph M. Codega withdraws his appearance on behalf of The Prudential Insurance Company of America.

Respectfully submitted,

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
By its attorneys,

Joseph M. Codega

Joseph M. Codega, #3612
Fitzhugh & Mariani LLP
37 Sockanosset Crossroad
Cranston, RI 02920
(401) 941-3220

Dated: August 8, 2007

**CERTIFICATION**

I hereby certify that on August 16, 2007, a copy of the foregoing Notice of Withdrawal of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this foiling thorough the Court's CM/ECF system.

/s/ Mitchell R. Edwards