AO 435 (Rev. 12/03)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

FOR COURT USE ONLY
DUE DATE:

*Please Read Instructions above*

1. NAME Robert C. Hinton, Esq.
2. PHONE NUMBER 203.784.8200
3. DATE 08.17.2007
4. MAILING ADDRESS Tyler Cooper & Alcorn, LLP 555 Long Wharf Drive-8th Fl., PO Box 1936
5. CITY New Haven
6. STATE CT
7. ZIP CODE 06509-0906
8. CASE NUMBER 06-00395-DLM
9. JUDGE Martin

DATES OF PROCEEDINGS

10. FROM 08.03.2007
11.
12. CASE NAME Prudential Ins. Co. v. Menard, et al.

LOCATION OF PROCEEDINGS

13.
14.

15. ORDER FOR
☐ APPEAL
☐ NON-APPEAL
☐ CRIMINAL
☒ CIVIL
☐ CRIMINAL JUSTICE ACT
☐ IN FORMA PAUPERIS
☐ BANKRUPTCY
☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) full transcript 08.03.07

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | ☒ OTHER (Specify) | |
| ☐ JURY INSTRUCTIONS | | Motion Hearing | 08.03.2007- |
| ☐ SENTENCING | | before Judge Martin | full transcript |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL 0.00

18. SIGNATURE [signature] Robert C. Hinton

PROCESSED BY

19. DATE 08.17.2007

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

DISTRIBUTION: COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY