UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>Plaintiff,<br>Defendant in Counterclaim<br><br>v.<br><br>THOMAS L. MENARD<br>Defendant,<br>Plaintiff in Counterclaim<br><br>and<br><br>ADAM SHIPPEE<br>Defendant,<br><br>and<br><br>KYLINA BRAGA,<br>BRANDON SHIPPEE,<br>DYLANA SHIPPEE,<br>and DOES 1-5<br>Defendants. | Civil Action No. 06-395T |

**ENTRY OF APPEARANCE**

Jeffrey A. Mega hereby enters his appearance as co-counsel on behalf of Plaintiff, The Prudential Insurance Company of America.

/s/ Jeffrey A. Mega

Jeffrey A. Mega (#6441)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600

DATED: August 27, 2007

**CERTIFICATION**

I hereby certify that on August 27, 2007, a copy of the foregoing Entry of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this foiling thorough the Court's CM/ECF system.

/s/ Jeffrey A. Mega