AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

Prudential Insurance v. Thomas Menard

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA06-395T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MJ Martin | | |
| TRIAL DATE(S) 8/30/07 | COURT REPORTER | COURTROOM DEPUTY J. Noel |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | 8/30/07 | RI Department of the Attorney General's Response to Prudential Insurance Company of America's Interrogatories |
| | 2 | | | 8/30/07 | RI State Police's Responses to the Prudential Insurance Company of America's Interrogatories |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.