UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>Plaintiff,<br><br>v.<br><br>THOMAS L. MENARD<br>Defendant,<br><br>and<br><br>ADAM SHIPPEE<br>Defendant<br><br>and<br><br>KYLINA BRAGA<br>BRANDON SHIPPEE<br>DYLANA SHIPPEE<br>and DOES 1-5<br>Defendants | Civil Action No. 06-395T |

**MOTION FOR PROTECTIVE ORDER**

Thomas Menard, by and through undersigned counsel, respectfully moves this Court for a protective order postponing his deposition, presently scheduled for September 17, 2007 at 1:00 p.m. to a future dated agreed upon by the parties.

In support of this motion counsel states the following:

(1) During the week of September 10, 2007 Mr. Menard injured his knee while at work.

(2) As a result of this injury, he has been unable to work for the past week and can only get about with the assistance of two canes.

(3) In the past week, Mr. Menard's condition has deteriorated.

(4) His leg has swollen and he continues to suffer debilitating pain.

(5) Mr. Menard's mobility has been severely restricted. He must keep his leg elevated and must continue to change positions from being seated to reclining. He is in great discomfort and would be prejudiced by the taking of a videotaped deposition.

(6) He has been taking anti-inflammatory medication with little improvement.

(7) Under the circumstances, Mr. Menard is in no condition to testify at a lengthy deposition at either the office of local counsel in this case or at his home.

(8) No prejudice will attach to plaintiff by rescheduling the deposition to a future date when Mr. Menard is able to testify. Other discovery remains outstanding and a status conference on discovery, scheduling and other issues is presently scheduled with the Honorable Ernest Torres for September 25, 2007.

WHEREFORE, under the totality of the circumstances, it is respectfully requested that a protective order issue postponing Mr. Menard's September 17, 2007 deposition to afford Mr. Menard the opportunity to deal with and recover from his health issue.

Defendant,
Thomas Menard,
By his Attorneys,

/s/ Richard C. Bicki
Richard C. Bicki (#1772)
Richard C. Bicki, P.C.
56 Pine Street, Suite 200
Providence, RI 02903
(401) 228-8338
Fax: (401) 274-2780
E-mail: rbickiesq@aol.com

/s /Fred Polacek
Fred Polacek (#2710)

55 Dorrance Street, Suite 200
Providence, RI 02903
(401) 861-5662
Fax: (401) 861-4792
E-mail: fred@fredpolaceklaw.com

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September, 2007, I caused the Defendant, Thomas Menard's Motion For Protective Order to be filed electronically and it is available for viewing and downloading from the ECF system

**Electronic Notification**:

**Brenda D. Baum bbaum@riag.ri.gov, aroy@riag.ri.gov**

**Jean Alfred Boulanger** jab@cblaw.necoxmail.com

**Mitchell R. Edwards medwards@haslaw.com, jbourne@haslaw.com**

**Jeffrey A. Mega jmega@haslaw.com, dfalcoa@haslaw.com**

**Notice will be delivered by other means to**:

**Via e-mail::**
Robert C. Hinton, Esquire rhinton@tylercooper.com
Tyler Cooper & Alcorn, LLP
555 Long Wharf Drive, 8th Floor
P.O. Box 1936
New Haven, CT 06509-0906

**Via regular mail:**
Ben Solnit, Esq.
Tyler Cooper & Alcorn, LLP
555 Long Wharf Drive, 8th Floor
P.O. Box 1936
New Haven, CT 06509-0906

Respectfully submitted,
Defendant/Counter Claimant,
Thomas L. Menard
By his Attorney,

/s/ Richard C. Bicki
Richard C. Bicki (#1772)
RICHARD C. BICKI, P.C.
56 Pine Street, Suite 200
Providence, RI 02903
(401) 228-8338
FAX: (401) 274-2780
E-mail: rbickiesq@al.com

/s/ Fred Polacek
Fred Polacek (#2710)
55 Dorrance Street, Suite 200
Providence, RI 02903
(401) 861-5662
FAX: (401) 861-4792
E-mail: fred@fredpolaceklaw.com