UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>Plaintiff,<br>Defendant in Counterclaim<br><br>v.<br><br>THOMAS L. MENARD<br>Defendant,<br>Plaintiff in Counterclaim<br><br>and<br><br>ADAM SHIPPEE<br>Defendant,<br><br>and<br><br>KYLINA BRAGA,<br>BRANDON SHIPPEE,<br>DYLANA SHIPPEE,<br>and DOES 1-5<br>Defendants. | Civil Action No. 06-395T |

**ASSENTED TO MOTION FOR CONTINUANCE**

The Prudential Insurance Company of America ("Prudential") respectfully requests a continuance of the hearing scheduled for September 20, 2007 at 10:00 a.m., at which time the Court was to hear arguments on Prudential's Motion to Compel More Responsive Answers to Plaintiff's Interrogatories. On August 3, 2007, a hearing on Prudential's Motion to Compel took place before the Honorable Judge Martin. At that time, Judge Martin agreed to continue the hearing to September 20, 2007 because the plaintiff intended to take Mr. Menard's deposition, which, all parties agreed, might render the Motion to Compel moot. Judge Martin stated:

> The Court: Thursday, September 20, at ten a.m. All right. And counsel are directed to advise the Court prior to the hearing if it's not necessary to have the hearing. Mr. O'Leary, please indicate either the parties have reached agreement and a consent order can issue, or that the motion is moot, or it's being withdrawn

#829673v1
060551-133620

so the Court knows prior to the 20th whether it has to review the answers that have been provided in detail.

Menard's deposition was noticed for September 17, 2007. On September 17, 2007, Menard filed a Motion for Protective Order based on Menard's health, which prevented the deposition from going forward. Prudential has not re-noticed the deposition, but plans to discuss the matter at a status conference scheduled before Judge Torres on September 25, 2007.

Therefore, Prudential respectfully requests that the hearing on the Motion to Compel More Responsive Answers to Interrogatories be continued until October 22, 2007, or at another date which is convenient for the Court. Menard's counsel has informed Prudential's counsel that he assents to this motion.

Dated: September 18, 2007

Respectfully submitted:

**THE PLAINTIFF/COUNTERCLAIM DEFENDANT:**
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

/s/ Mitchell R. Edwards
Mitchell R. Edwards (#6942)
Jeffrey A. Mega (#6441)
Hinckley, Allen & Snyder, LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903-2393
Telephone: 401-274-2000
Facsimile: 401-277-9600
Email: medwards@haslaw.com
Email: jmega@haslaw.com

- and -

/s/ Ben A. Solnit
Ben A. Solnit (admitted Pro Hac Vice)
Robert C. Hinton (admitted Pro Hac Vice)
Tyler Cooper & Alcorn, LLP
555 Long Wharf Drive, 8th Floor
P.O. Box 1936
New Haven, CT 06509-0906
Telephone: 203-784-8200
Facsimile: 203-777-1811
Email: rhinton@tylercooper.com
Email: bsolnit@tylercooper.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2007 a copy of the foregoing Motion for Continuance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties of record listed below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court' s CM/ECF system.

Brenda D. Baum
Attorney General's Office
150 South Main Street
Providence, RI 02903
Telephone: 274-4400 x 2294
Facsimile: 222-3016
Email: bbaum@riag.ri.gov
Attorneys for Movants the Rhode Island State Police and the Rhode Island Department of Attorney General

Richard C. Bicki
56 Pine Street
Suite 200
Providence, RI 02903
Telephone: 228-8338
Facsimile: 274-2780
Email: rbickiesq@aol.com
Attorney for Defendant/Counterclaim Plaintiff Thomas Menard

Jean Alfred Boulanger
Capaldi & Boulanger
1035 Main Street
Coventry, RI 01816
Telephone: 821-3537
Facsimile: 821-9697
Email: jab@cblaw.necoxmail.com
Attorneys for Defendant Adam Shippee

Fred T. Polacek
42 Weybosset Street
Providence, RI 02903
Telephone: 861-5662
Facsimile: 861-4792
Email: fred@fredpolaceklaw.com
Attorney for Defendant/Counterclaim Plaintiff Thomas Menard

/s/ Mitchell R. Edwards
Mitchell R. Edwards



#829673v1
060551-133620