IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
Plaintiff.
Defendant in Counterclaim

V.

THOMAS L. MENARD
Defendant.
Plaintiff in Counterclaim

V.

ADAM SHIPPEE
Defendant.

And

KYLINA BRAGA, BRANDON SHIPPEE DYLANA SHIPPEE, and DOES 1-5
Defendants.

CIVIL ACTION NO. 1:06-cv-00395-T-DLM

**MEMORANDUM IN OPPOSITION TO MOTION FOR PROTECTIVE ORDER**

The plaintiff, Prudential Insurance Company of America files this memorandum in opposition to defendant, Thomas Menard's September 17, 2007 Motion for Protective Order and states the following:

1. The September 17, 2007 date for Mr. Menard's deposition was the fourth attempt by Prudential to depose Mr. Menard. His deposition was first noticed on June 4, 2007. Prudential agreed to postpone that deposition due to the unavailability of Mr. Menard's counsel. Prudential then renoticed the deposition for June 18, 2007. That deposition did not go forward

because Menard filed a Motion for Protective Order on June 14, 2007. After the Court denied the Motion for Protective Order, Prudential renoticed the deposition for a third time, on July 25, 2007. Prudential agreed to postpone that deposition due to the unavailability of Menard's counsel, Mr. Bicki. Prudential then noticed the deposition for September 17, 2007, a date agreed to by Menard's counsel.

2. When informed on September 14, 2007 of Mr. Menard's claimed injury, counsel for Prudential offered to take the deposition at his residence so that he would not have to travel. This offer was declined.

3. Menard's Motion for Protective Order is unsupported by any confirming documentation of his medical complaints.

4. The status conference referenced in paragraph 8 of the Motion for Protective Order has now been held. At that conference, Judge Torres indicated that the next order of business would be the appointment of a guardian ad litem for the minor defendants. Prudential agrees with this approach and further agrees that that appointment should take place before Mr. Menard is deposed, so that the guardian can attend the deposition.

However, Prudential does not agree that Mr. Menard is entitled to an open-ended protective order. Accordingly, Prudential respectfully requests that Mr. Menard's motion be denied, that he be ordered to appear to be deposed within sixty days after the appointment of a guardian ad litem at a date to be determined by counsel, and that this date, once set, may not be postponed unilaterally by Mr. Menard, by motion for protective order or otherwise.

Dated: October 1, 2007

THE PLAINTIFF/COUNTERCLAIM DEFENDANT:
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

/s/Mitchell R. Edwards
Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder, LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903-2393
Telephone: 401-274-2000
Facsimile: 401-277-9600
Email: medwards@haslaw.com

and

Ben A. Solnit (admitted Pro Hac Vice)
Robert C. Hinton (admitted Pro Hac Vice)
Tyler Cooper & Alcorn, LLP
555 Long Wharf Drive, 8th Floor
P.O. Box 1936
New Haven, CT 06509-0906
Telephone: 203-784-8200
Facsimile: 203-777-1811
Email: bsolnit@tylercooper.com
Email: rhinton@tylercooper.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2007 a copy of the foregoing Memorandum in Opposition to Motion for Protective Order was filed electronically. Notice of this filing will be sent to those who are currently on the list to receive e-mail notices by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Parties may access this filing through the Court's system.

Ben A. Solnit