**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA** | : | |
| **Plaintiff, Defendant in Counterclaim,** | : | |
| **v.** | : | |
| **THOMAS L. MENARD** | : | **C.A. No.: 06-395T** |
| **Defendant, Plaintiff in Counterclaim,** | : | |
| **and** | : | |
| **ADAM SHIPPEE** | : | |
| **Defendant,** | : | |
| **and** | : | |
| **KYLINA BRAGA, BRANDON SHIPPEE, DYLANA SHIPPEE, And DOES 1-5** | : | |
| **Defendants.** | : | |

**<u>RHODE ISLAND STATE POLICE'S OBJECTION TO PLAINTIFF THE PRUDENTIAL INSURANCE COMPANY'S MOTION TO COMPEL</u>**

Now comes the Rhode Island State Police pursuant to Rule 54 of the Federal Rules of Civil Procedure and objects to Plaintiff Prudential Insurance Company's Motion to Compel compliance with the subpoena duces tecum. A subpoena duces tecum was served upon the Rhode Island State Police on or about July 12, 2007 by Plaintiff The Prudential Insurance Company. The subpoena duces tecum seeks:

> Any and all records and documents in your possession, custody or control relating to the investigation file for the homicide of the following individual:

Name: Dawn Michelle Shippee
Date of Birth: XX/XX/XX
SSN#: XXX-XX-XXXX

The Rhode Island State Police object to the subpoena duces tecum as the death of Dawn Michelle Shippee (dob 5/17/72) is an open criminal investigation and any documents are protected from disclosure pursuant to the law enforcement privilege.

Respectfully Submitted,

RHODE ISLAND STATE POLICE
By its Attorney

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Brenda D. Baum

BRENDA D. BAUM (#5184)
Assistant Attorney General
RI Department of Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2294
Fax: (401) 222-3016
bbaum@riag.ri.gov

**CERTIFICATION**

I hereby certify that I have electronically mailed the foregoing document on this 1st of October, 2007, to the attorney(s) of record listed below:

Richard C. Bicki, Esq.
rbickiesq@aol.com

Jean Alfred Boulanger, Esq.
jab@cblaw.necoxmail.com

Mitchell R. Edwards, Esq.
medwards@haslaw.com

Robert C Hinton, Esq.
rhinton@tylercooper.com

Jeffrey A. Mega, Esq.
jmega@haslaw.com

Fred T. Polacek, Esq.
fred@fredpolaceklaw.com

Ben Solnit, Esq.
bsolnit@tylercooper.com

**/s/ Brenda D. Baum**