**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA** | : | |
| **Plaintiff, Defendant in Counterclaim,** | : | |
| **v.** | : | |
| **THOMAS L. MENARD** | : | **C.A. No.: 06-395T** |
| **Defendant, Plaintiff in Counterclaim,** | : | |
| **and** | : | |
| **ADAM SHIPPEE** | : | |
| **Defendant,** | : | |
| **and** | : | |
| **KYLINA BRAGA, BRANDON SHIPPEE, DYLANA SHIPPEE, And DOES 1-5** | : | |
| **Defendants.** | : | |

**RHODE ISLAND STATE POLICE AND DEPARTMENT OF ATTORNEY GENERAL'S MOTION REQUESTING PERMISSION TO SUBMIT AN EX PARTE MEMORANDUM**

Now come the Rhode Island State Police and Rhode Island Department of Attorney General, pursuant to Court Order (Document 57), and request the opportunity to file, *ex parte*, a supplemental memorandum of law in support of their objections to Plaintiff Prudential's motion to compel (Documents 66 and 67).

This Court indicated in its August 30, 2007 Order (Document 57) that it:

> ..is especially interested in knowing the basis for the refusal of the State Police and the Department of the Attorney General to provide factual information which is presumably already known to Mr. Menard (e.g., the information sought by questions 4-16. The Court wishes an explanation of how disclosure of the factual

> information sought by these questions might adversely affect the criminal investigation. If this explanation cannot be provided without jeopardizing the very consideration which prompts the assertion of the law enforcement privilege, counsel for the State Police and the Department of Attorney General may file a motion requesting permission to submit the explanation to the Court ex parte. The Court will then consider such motion.

The Rhode Island State Police and Rhode Island Department of Attorney General request the opportunity to file the ex parte memorandum in order to respond to the Court's inquiry without compromising its objections asserted under the law enforcement privilege.

Wherefore, The State Police and Department of Attorney General pray that this Motion is granted.

Respectfully Submitted,

RHODE ISLAND STATE POLICE
By its Attorney

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Brenda D. Baum

BRENDA D. BAUM (#5184)
Assistant Attorney General
RI Department of Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2294
Fax: (401) 222-3016
bbaum@riag.ri.gov

## CERTIFICATION

I hereby certify that I have electronically mailed the foregoing document on this 11th of October, 2007, to the attorney(s) of record listed below:

Richard C. Bicki, Esq.
rbickiesq@aol.com

Jean Alfred Boulanger, Esq.
jab@cblaw.necoxmail.com

Mitchell R. Edwards, Esq.
medwards@haslaw.com

Robert C Hinton, Esq.
rhinton@tylercooper.com

Jeffrey A. Mega, Esq.
jmega@haslaw.com

Fred T. Polacek, Esq.
fred@fredpolaceklaw.com

Ben Solnit, Esq.
bsolnit@tylercooper.com

**/s/ Brenda D. Baum**