**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**<br>**Plaintiff.**<br>**Defendant in Counterclaim**<br><br>**V.**<br><br>**THOMAS L. MENARD**<br>**Defendant.**<br>**Plaintiff in Counterclaim**<br><br>**V.**<br><br>**ADAM SHIPPEE**<br>**Defendant.**<br><br>**And**<br><br>**KYLINA BRAGA, BRANDON SHIPPEE DYLANA SHIPPEE, and DOES 1-5**<br>**Defendants.** | **CIVIL ACTION NO. 1:06-cv-00395-T-DLM** |

**ASSENTED TO MOTION FOR CONTINUANCE**

The Prudential Insurance Company of America ("Prudential") respectfully requests a continuance of the hearing scheduled for October 29, 2007 at 10:00 am, at which time the Court was to hear arguments on Prudential's Motion to Compel More Responsive Answers to Plaintiff's Interrogatories. On August 3, 2007, a hearing on Prudential's Motion to Compel took place before the Honorable Judge Martin. At that time, Judge Martin agreed to continue the hearing to September 20, 2007 because the plaintiff intended to take Mr. Menard's deposition, which, all parties agreed, might render the Motion to Compel moot.

The hearing was then continued until October 29, 2007 because of the pending status conference to be held before Judge Torres on September 25, 2007. At that September 25, 2007 status conference, it was agreed among all the parties that a Guardian Ad Litem for the minor claimants should be appointed before Mr. Menard's deposition was taken. The parties have agreed on such a guardian and are in the process of submitting a stipulation to the Court for his appointment, but that appointment has not yet taken place. Further, on October 18, 2007, Judge Martin ordered that Mr. Menard's deposition be taken within 60 days of the appointment of a guardian.

Accordingly, Prudential respectfully request that the hearing on the Motion to Compel More Responsive Answers to Interrogatories currently scheduled for October 29, 2007 be continued indefinitely, until further order of the Court.

Dated: October 23, 2007

Respectfully submitted:

THE PLAINTIFF/COUNTERCLAIM DEFENDANT:

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

/s/Mitchell R. Edwards

Mitchell R. Edwards (#6942)
Jeffrey A. Mega (#6441)
Hinckley, Allen & Snyder, LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903-2393
Telephone: 401-274-2000
Facsimile: 401-277-9600
Email: medwards@haslaw.com
Email: jmega@haslaw.com

- and -

_/s/ Ben A. Solnit__________________
Ben A. Solnit (admitted Pro Hac Vice)
Robert C. Hinton (admitted Pro Hac Vice)
Tyler Cooper & Alcorn, LLP
555 Long Wharf Drive, 8th Floor
P.O. Box 1936
New Haven, CT 06509-0906
Telephone: 203-784-8200
Facsimile: 203-777-1811
Email: bsolnit@tylercooper.com
Email: rhinton@tylercooper.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2007 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties of record listed below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court' s CM/ECF system.

Brenda D. Baum
Attorney General's Office
150 South Main Street
Providence, RI 02903
Telephone: 274-4400 x 2294
Facsimile: 222-3016
Email: bbaum@riag.ri.gov
Attorneys for Movants the Rhode Island State Police and the Rhode Island Department of Attorney General

Richard C. Bicki
56 Pine Street
Suite 200
Providence, RI 02903
Telephone: 228-8338
Facsimile: 274-2780
Email: rbickiesq@aol.com
Attorneys for Defendant/Counterclaim Plaintiff Thomas Menard

Jean Alfred Boulanger
Capaldi & Boulanger
1035 Main Street
Coventry, RI 01816
Telephone: 821-3537
Facsimile: 821-9697
Email: jab@cblaw.necoxmail.com
Attorneys for Defendant Adam Shippee

Fred T. Polacek
42 Weybosset Street
Providence, RI 02903
Telephone: 861-5662
Facsimile: 861-4792
Email: fred@fredpolaceklaw.com
Attorney For Defendant/Counterclaim Plaintiff Thomas Menard

/s/ Mitchell R. Edwards
Mitchell R. Edwards