UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PRUDENTIAL INSURANCE COMPANY
OF AMERICA

v. CA No. 06-395

THOMAS L. MENARD, ET AL.

**ORDER**

It is hereby ordered that on or before November 26, 2007, all parties shall file a memorandum of law addressing the following question: Who will be responsible for compensating the guardian ad litem appointed to represent the minors who have a potential interest in the proceeds of the insurance policy deposited with the Court?

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. United States District Judge

Date: Nov. 6 , 2007