**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA** | : | |
| **Plaintiff, Defendant in Counterclaim,** | : | |
| **v.** | : | |
| **THOMAS L. MENARD** | : | **C.A. No.: 06-395T** |
| **Defendant, Plaintiff in Counterclaim,** | : | |
| **and** | : | |
| **ADAM SHIPPEE** | : | |
| **Defendant,** | : | |
| **and** | : | |
| **KYLINA BRAGA, BRANDON SHIPPEE, DYLANA SHIPPEE, And DOES 1-5** | : | |
| **Defendants.** | : | |

**RHODE ISLAND STATE POLICE AND RHODE ISLAND DEPARTMENT OF ATTORNEY GENERAL'S ASSENTED TO MOTION TO EXTEND THE TIME TO PRODUCE DOCUMENTS FOR IN CAMERA COURT REVIEW**

Now come The Rhode Island State Police and The Rhode Island Department of Attorney General and request a two (2) week extension or up to and including November 26, 2007 to produce records for an in camera review by the Court pursuant to its October 29, 2007 [Document 77]. The extension is requested to permit counsel to review records to determine compliance with this Order.

Plaintiff Prudential Insurance Company does not object to the requested extension

of time.

Wherefore, the RI State Police and RI Department of the Attorney General pray that this Motion is granted.

Respectfully Submitted,

RHODE ISLAND DEPARTMENT OF
ATTORNEY GENERAL and
RHODE ISLAND STATE POLICE
By their Attorney

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Brenda D. Baum

BRENDA D. BAUM (#5184)
Assistant Attorney General
RI Department of Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2294
Fax: (401) 222-3016
bbaum@riag.ri.gov

**CERTIFICATION**

I hereby certify that I have electronically mailed the foregoing document on this 8th of November, 2007, to the attorney(s) of record listed below:

Richard C. Bicki, Esq.
rbickiesq@aol.com

Jean Alfred Boulanger, Esq.
jab@cblaw.necoxmail.com

Mitchell R. Edwards, Esq.
medwards@haslaw.com

Robert C Hinton, Esq.
rhinton@tylercooper.com

Jeffrey A. Mega, Esq.
jmega@haslaw.com

Fred T. Polacek, Esq.
fred@fredpolaceklaw.com

Ben Solnit, Esq.
bsolnit@tylercooper.com