UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

Plaintiff,
Defendant in Counterclaim,

v.

THOMAS L. MENARD

Defendant,
Plaintiff in Counterclaim,

and

ADAM SHIPPEE

Defendant,

and

KYLINA BRAGA,
BRANDON SHIPPEE,
DYLANA SHIPPEE,
And DOES 1-5

Defendants.

C.A. No.: 06-395T

RECEIVED
NOV 26 2007
Property of U.S. District Court
District of Rhode Island

**RHODE ISLAND DEPARTMENT OF ATTORNEY GENERAL'S PRODUCTION OF RECORDS FOR IN CAMERA REVIEW PURSUANT TO OCTOBER 29, 2007 COURT ORDER**

Now comes the Rhode Island Department of Attorney General pursuant to this Honorable Court's October 29, 2007 Order [Document 77] and produce the records enclosed in this sealed envelope for an in camera review. The enclosed contains three documents that are responsive to Interrogatories Nos. 2-3. The Department of Attorney General does not have any documents that would be responsive to Interrogatories Nos. 4-5, 9-13 or 15.

Respectfully Submitted,

RHODE ISLAND DEPARTMENT OF
ATTORNEY GENERAL
By its Attorney

PATRICK C. LYNCH
ATTORNEY GENERAL

BRENDA D. BAUM (#5184)
Assistant Attorney General
RI Department of Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2294
Fax: (401) 222-3016