UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Plaintiff/Defendant in Counterclaim, | : | |
| v. | : | CA 06-395 T |
| THOMAS L. MENARD, Defendant/Plaintiff in Counterclaim, | : | |
| and | : | |
| ADAM SHIPPEE, Defendant, | : | |
| and | : | |
| KYLINA BRAGA, BRANDON SHIPPEE, DYLANA SHIPPEE, and DOES 1-5, Defendants. | : | |

**SUMMARY OF**
**RECORDS REVIEWED IN CAMERA**
**(REDACTED)**

With respect to the information sought by Interrogatories Nos. 2 and 3 propounded by the Prudential Insurance Company of America ("Prudential") to the Rhode Island Attorney General ("R.I. Attorney General"), the records submitted by the R.I. Attorney General pursuant to the Memorandum and Order Re Motions to Compel and for Reconsideration (Document ("Doc.") #77) ("Order of 10/29/07"), see Order of 10/29/07 at 9-10, and reviewed in camera by the Court indicate the following.

[REDACTED]

With respect to the information sought by Interrogatories Nos. Interrogatories No. 2-5, 9-13, 15, and 17-18 propounded by

Prudential to the Rhode Island State Police ("State Police"), the records submitted by the State Police pursuant to the Order of 10/29/07 and reviewed in camera by the Court indicate the following.

[REDACTED]

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
December 4, 2007