UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

v. C.A. No. 06-395T

THOMAS L. MENARD, ET AL.

**ORDER**

It is hereby ordered that on or before January 2, 2008, the defendants to this Complaint in Interpleader, with the exception of Thomas L. Menard, shall file pleadings stating what claim, if any, they are asserting to the fund paid into the Court's registry and what the basis for their claim is.

By Order:

Deputy Clerk

ENTER:

Sr. District Judge Ernest C. Torres

Date: Dec. 13, 2007