**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**

**Plaintiff,**
**Defendant in Counterclaim,**

**v.**

**THOMAS L. MENARD**

**Defendant,**
**Plaintiff in Counterclaim**

**and**

**ADAM SHIPPEE**

**Defendant,**

**and**

**KYLINA BRAGA,**
**BRANDON SHIPPEE,**
**DYLANA SHIPPEE**
**And DOES 1-5**

**Defendants.**

**CIVIL ACTION NO. 06-395T**

**DEFENDANT ADAM SHIPPEE'S MOTION FOR EXTENSION OF TIME TO FILE PLEADINGS**

Adam Shippee, Defendant to the Complaint in Interpleader, by and through undersigned counsel, respectfully moves this Court for an extension of time to file pleadings as ordered by Judge Ernest C. Torres on December 13, 2007.

In support of this motion counsel states the following:

1. The parties attended a settlement conference with Magistrate Judge Lovegreen on May 16, 2007 in which a settlement was not reached.
2. The parties have had recent conversations regarding a possible settlement of the matter.
3. Another settlement conference with Magistrate Judge Lovegreen may be beneficial to the parties in reaching a resolution.
4. The filing of the pleadings as ordered by Judge Torres may not be necessary should the parties agree upon a settlement of this matter.

WHEREFORE, Defendant Adam Shippee respectfully requests that this Honorable Court grant him additional time to file pleadings and that a settlement conference with Magistrate Judge Lovegreen be held before Defendant Shippee is required to file the pleadings as ordered by Judge Torres on December 13, 2007.

Dated: January 2, 2008

DEFENDANT,
ADAM SHIPPEE
By his attorney,

/s/Jean A. Boulanger
Jean A. Boulanger (#2574)
Capaldi and Boulanger
1035 Main Street
Coventry, RI 02816
Telephone: (401) 821-3537
Facsimile: (401) 821-9697
jab@cblaw.necoxmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2008 a copy of the foregoing Pleadings were filed electronically. Notice of this filing will be sent to those who are currently on the list

to receive e-mail notices by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Parties may access this filing through the Court's system.

/s/Jean A. Boulanger_______
Jean A. Boulanger