**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,**
**Plaintiff,**

**V.** **Case No.: 06-395T**

**THOMAS L. MENARD, ET AL,**
**Defendant,**

**and**

**ADAM SHIPPEE**
**Defendant,**

**and**

**KYLINA BRAGA,**
**BRANDON SHIPPEE,**
**DYLANA SHIPPEE**
**and DOES 1-5**
**Defendants.**

**ENTRY OF APPEARANCE**

I hereby enter my appearance as Guardian Ad Litem for Defendants Kylina Braga, Brandon Shippee and Dylana Shippee in the above-referenced matter.

/s/ James J. McGair
James J. McGair, (#0822)
128 Dorrance Street, Suite 350
Providence, RI 02903
(401) 861-1717 (telephone)
(401) 331-1518 (facsimile)
E-mail: jmcgair@hotmail.com

**CERTIFICATION**

I hereby certify that on the 3rd day of January, 2008, I caused the within Entry of Appearance to be filed electronically and it is available for viewing and downloading from the ECF system.

**Electronic Notification:**

| | | |
|---|---|---|
| Ben Solnit, Esq. | E-mail address: | bsolnit@tylercooper.com |
| Jeffrey A. Mega, Esq. | E-mail address: | jmega@haslaw.com |
| Mitchell R. Edwards, Esq. | E-mail address: | medwards@haslaw.com |
| Robert C. Hinton, Esq. | E-mail address: | rhinton@tylercooper.com |
| Fred T. Polacek, Esq. | E-mail address: | fred@fredpolaceklaw.com |
| Richard C. Bicki, Esq. | E-mail address: | rbickiesq@aol.com |
| Jean A. Boulanger, Esq. | E-mail address: | jab@cblaw.necoxmail.com |
| Brenda D. Baum, Esq. | E-mail address: | bbaum@riag.ri.gov |

/s/ James J. McGair
James J. McGair, (#0822)
128 Dorrance Street, Suite 350
Providence, RI 02903
(401) 861-1717 (telephone)
(401) 331-1518 (facsimile)
E-mail: jmcgair@hotmail.com