**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,**
**Plaintiff,**

**V.** **Case No.: 06-395T**

**THOMAS L. MENARD, ET AL,**
**Defendant,**

**and**

**ADAM SHIPPEE**
**Defendant,**

**and**

**KYLINA BRAGA,**
**BRANDON SHIPPEE,**
**DYLANA SHIPPEE**
**and DOES 1-5**
**Defendants.**

**MOTION FOR EXTENSION OF TIME**

Now comes James J. McGair, Guardian Ad Litem for Kylina Braga, Brandon Shippee and Dylana Shippee, and hereby requests an extension of time, until February 2, 2008, to file a responsive pleading on behalf of the above and relies upon the accompanying memorandum.

Defendants, by their
Guardian Ad Litem

/s/ James J. McGair
James J. McGair, (#0822)
128 Dorrance Street, Suite 350
Providence, RI 02903
(401) 861-1717 (telephone)
(401) 331-1518 (facsimile)
E-mail: jmcgair@hotmail.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,**
**Plaintiff,**

**V.** **Case No.: 06-395T**

**THOMAS L. MENARD, ET AL,**
**Defendant,**

**and**

**ADAM SHIPPEE**
**Defendant,**

**and**

**KYLINA BRAGA,**
**BRANDON SHIPPEE,**
**DYLANA SHIPPEE**
**and DOES 1-5**
**Defendants.**

**MEMORANDUM**

Now comes James J. McGair, Guardian Ad Litem for Kylina Braga, Brandon Shippee and Dylana Shippee, and hereby requests this Honorable Court grant an extension of time until February 2, 2008 to file a responsive pleading and, as grounds thereof, states as follows:

1. I was appointed Guardian Ad Litem for Kylina Braga, Brandon Shippee and Dylana Shippee on December 12, 20007. An Order was entered on December 13, 2008 requiring the Defendants, with the exception of Thomas Menard, to file a responsive pleading which would include what their claim of relief would be to the funds on deposit in the Registry of the Court.

2. Your Guardian Ad Litem, due to time constraints in his schedule and due to the time of year, has not been able to interview his wards and/or Defendant Adam Shippee who is the father and natural guardian for Brandon Shippee and Dylana Shippee.

3. I have spoken to attorneys representing other parties involved in this litigation and believe they have no objection to this Motion.

4. Concurrently with the filing of this Motion, I am at this time entering my appearance as Guardian Ad Litem for Kylina Braga, Brandon Shippee and Dylana Shippee

5. Such other and further reasons as this Honorable Court would deem just and proper.

Defendants, by their
Guardian Ad Litem

/s/ James J. McGair
James J. McGair, (#0822)
128 Dorrance Street, Suite 350
Providence, RI 02903
(401) 861-1717 (telephone)
(401) 331-1518 (facsimile)
E-mail: jmcgair@hotmail.com

**CERTIFICATION**

I hereby certify that on the 3rd day of January, 2008, I caused the within Motion for Extension of Time with attached Memorandum to be filed electronically and it is available for viewing and downloading from the ECF system.

**Electronic Notification:**

| | | |
|---|---|---|
| Ben Solnit, Esq. | E-mail address: | bsolnit@tylercooper.com |
| Jeffrey A. Mega, Esq. | E-mail address: | jmega@haslaw.com |
| Mitchell R. Edwards, Esq. | E-mail address: | medwards@haslaw.com |
| Robert C. Hinton, Esq. | E-mail address: | rhinton@tylercooper.com |
| Fred T. Polacek, Esq. | E-mail address: | fred@fredpolaceklaw.com |
| Richard C. Bicki, Esq. | E-mail address: | rbickiesq@aol.com |
| Jean A. Boulanger, Esq. | E-mail address: | jab@cblaw.necoxmail.com |
| Brenda D. Baum, Esq. | E-mail address: | bbaum@riag.ri.gov |

/s/ James J. McGair
James J. McGair, (#0822)
128 Dorrance Street, Suite 350
Providence, RI 02903
(401) 861-1717 (telephone)
(401) 331-1518 (facsimile)
E-mail: jmcgair@hotmail.com