**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**

**Plaintiff.**
**Defendant in Counterclaim**

**V.**

**THOMAS L. MENARD**

**Defendant.**
**Plaintiff in Counterclaim**

**V.**

**ADAM SHIPPEE**

**Defendant.**

**And**

**KYLINA BRAGA, BRANDON SHIPPEE DYLANA SHIPPEE, and DOES 1-5**

**Defendants.**

**CIVIL ACTION NO. 1:06-cv-00395-T-DLM**

## NOTICE OF WITHDRAWAL OF MOTION

The plaintiff, Prudential Insurance Company of America ("Prudential") respectfully gives notice that it is hereby withdrawing its June 25, 2007 Motion to Compel (Docket No. 31). A continued hearing on said motion is currently scheduled for January 29, 2008 at 10:00 am in Courtroom B before the Honorable Magistrate Judge David L. Martin. Subsequent events have made further proceedings on said motion unnecessary.

Dated: January 23, 2008

Respectfully submitted:

THE PLAINTIFF/COUNTERCLAIM DEFENDANT:

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

/s/Mitchell R. Edwards
Mitchell R. Edwards (#6942)
Jeffrey A. Mega (#6441)
Hinckley, Allen & Snyder, LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903-2393
Telephone: 401-274-2000
Facsimile: 401-277-9600
Email: medwards@haslaw.com
Email: jmega@haslaw.com

- and -

/s/ Ben A. Solnit
Ben A. Solnit (admitted Pro Hac Vice)
Robert C. Hinton (admitted Pro Hac Vice)
Tyler Cooper & Alcorn, LLP
555 Long Wharf Drive, 8th Floor
P.O. Box 1936
New Haven, CT 06509-0906
Telephone: 203-784-8200
Facsimile: 203-777-1811
Email: bsolnit@tylercooper.com
Email: rhinton@tylercooper.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2008 a copy of the foregoing Notice of Withdrawal of Motion was filed electronically. Notice of this filing will be sent to those who are currently on the list to receive e-mail notices by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Parties may access this filing through the Court's system.

/s/ Ben A. Solnit
Ben A. Solnit