UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br><br>Plaintiff,<br>Defendant in Counterclaim,<br>v.<br><br>THOMAS L. MENARD<br><br>Defendant,<br>Plaintiff in Counterclaim,<br>and<br><br>ADAM SHIPPEE<br><br>Defendant,<br>and<br><br>KYLINA BRAGA,<br>BRANDON SHIPPEE,<br>DYLANA SHIPPEE<br>And DOES 1-5<br><br>Defendants. | CIVIL ACTION NO. 1:06-cv-00395-T-DLM |

**ORDER TO RELEASE FUNDS HELD IN THE REGISTRY OF THE COURT**

Whereas the parties hereto have settled all claims and appropriate settlement and dismissal documentation has been filed, the funds which were deposited in the Registry of the Court by Plaintiff Prudential Insurance Company of America and which are currently being held in Bank of America, may be released forthwith to Fred T. Polacek, Esquire to be distributed in accordance with the settlement agreements and distribution approved by the Court. The initial

deposit of $163.870.70 together with interest earned thereon less 10% of said interest to be deducted by the Court as its fee for acting as Registry on this matter shall be transferred to Fred T. Polacek, Esquire.

Entered as an Order of this Court this 31st day of January, 2008.

Enter:

Ernest C. Torres

Sr. District Judge Ernest C. Torres
U.S. District Court for the
District of Rhode Island

Per Order:

Dated: 1/31/08

Respectfully Submitted,

Fred T. Polacek, Esq. (#2710)

Counsel for the Defendant/Counterclaim Plaintiff
Thomas Menard
55 Dorrance Street, Suite 200
Providence, RI 02903
(401) 861-5662
(401) 861-4792 fax

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2008 a copy of the within Order was sent by first class mail, postage prepaid to the following:

Richard C. Bicki
56 Pine Street, Suite 200
Providence, RI 02903
Telephone: (401) 228-8338
Facsimile: (401) 274-2780
Email: rbickiesq@aol.com
Attorney for Defendant/Counterclaim Plaintiff
Thomas Menard

Jean Alfred Boulanger
Capaldi & Boulanger
1035 Main Street
Coventry, RI 01816
Telephone: (401) 821-3537
Facsimili: (401) 827-9697
Email: jab@cblaw.necoxmail.com
Attorney for Defendant Adam Shipee

Ben Solnit
Tyler Cooper & Alcorn, LLP
55 Long Wharf Drive, 8th Floor
PO Box 1936
New Haven, CT 06509-0906
Telephone: (203) 784-8205
Facsimile: (203) 777-1181
Email: bsolnit@tylercooper.com
Attorney for the Plaintiff
Prudential Insurance Company
of America

Jeffrey Mega
Hinckley, Allen & Snyder, LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903-2393
Telephone: (401) 274-2000
Facsimile: (401) 277-9600
Email: jmega@haslaw.com
Attorney for Plaintiff/Counterclaim Def.
Prudential Insurance Company of America

Mitchell R. Edwards
Hinckley, Allen & Snyder, LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903-2393
Telephone: (401) 274-2000
Facsimile: (401) 277-9600
Email: medwards@haslaw.com
Attorney for Plaintiff/Counterclaim Defendant
Prudential Insurance Company of America

James J. McGair
128 Dorrance Street, Suite 350
Providence, RI 02903
Telephone: (401) 861-1717
Facsimile: (401) 331-1518
Email: jmcgair@hotmail.com
Guardian ad litem for the minors,
Kylina Braga, Brandon Shippee
and Dylana Shippee