**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**<br>**Plaintiff.**<br>**Defendant in Counterclaim**<br>**V.**<br>**THOMAS L. MENARD**<br>**Defendant.**<br>**Plaintiff in Counterclaim**<br>**V.**<br>**ADAM SHIPPEE**<br>**Defendant.**<br>**And**<br>**KYLINA BRAGA, BRANDON SHIPPEE DYLANA SHIPPEE, and DOES 1-5**<br>**Defendants.** | **CIVIL ACTION NO.**<br>**1:06-cv-00395-T-DLM**<br><br>**MARCH 11, 2008** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties in the above-entitled action hereby stipulate that said action is voluntarily dismissed as to all parties, with prejudice, and without costs or attorneys' fees to any party.

THE DEFENDANT/
COUNTERCLAIM PLAINTIFF:
THOMAS L. MENARD

By: /s/ Fred T. Polacek
Fred T. Polacek – (#2710)
55 Dorrance Street, Suite 200
Providence, Rhode Island 02903

DEFENDANT:
ADAM SHIPPEE

By: /s/ Jean A. Boulanger
Jean A. Boulanger
Capaldi & Boulanger
1035 Main Street
Coventry, Rhode Island 01816

DEFEFENDANTS:
KYLINA BRAGA, BRANDON SHIPPEE
and DYLANA SHIPPEE

By: /s/ James J. McGair
James J. McGair- (#0822)
128 Dorrance Street, Suite 350
Providence, Rhode Island 02903
Guardian Ad Litem

THE PLAINTIFF/COUNTERCLAIM
DEFENDANT:
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

By: /s/ Ben A. Solnit
Ben A. Solnit (admitted Pro Hac Vice)
Robert C. Hinton (admitted Pro Hac Vice)
Tyler Cooper & Alcorn, LLP
555 Long Wharf Drive, 8th Floor
P.O. Box 1936
New Haven, CT 06509-0906
Telephone: 203-784-8200

Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder, LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903-2393
Telephone: 401-274-2000

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed electronically on this 11th day of March, 2008, and served by mail on anyone unable to accept electronic filing on this 11th day of March, 2008. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System to the following:

Brenda D. Baum
Attorney General's Office
150 South Main Street
Providence, RI 02903
Attorneys for Movants the Rhode Island State Police and the Rhode Island Department of Attorney General

Richard C. Bicki
56 Pine Street
Suite 200
Providence, RI 02903
Attorney for Defendant/Counterclaim Plaintiff Thomas Menard

Jean Alfred Boulanger
Capaldi & Boulanger
1035 Main Street
Coventry, RI 01816
Attorney for Defendant Adam Shippee

James J. McGair
128 Dorrance Street, Suite 350
Providence, RI 02903
Attorney for Defendants Kylina Braga, Brandon Shippee and Dylana Shippee

Fred T. Polacek-(#2710)
55 Dorrance Street
Suite 200
Providence, RI 02903
Attorney for Defendant/Counterclaim Plaintiff Thomas Menard

/s/ Ben A. Solnit
Ben A. Solnit